B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>Southern District of Florida | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Assets Overseas, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**45-4829857** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**12773 W. Forest Hill Blvd suite 107**<br>**Wellington, FL**<br>ZIP Code **33414** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Palm Beach** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | **12773 W. Forest Hill Blvd Suite 107**<br>**Wellington, FL 33414** |

| Type of Debtor<br>(Form of Organization) (Check one box)<br><br>☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.) | Nature of Business<br>(Check one box)<br><br>☐ Health Care Business<br>☐ Single Asset Real Estate as defined<br>in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box)<br><br>☐ Chapter 7<br>☐ Chapter 9<br>■ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13 | ☐ Chapter 15 Petition for Recognition<br>of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition<br>of a Foreign Nonmain Proceeding |
|---|---|---|---|

| Chapter 15 Debtors<br><br>Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding<br>by, regarding, or against debtor is pending: | Tax-Exempt Entity<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization<br>under Title 26 of the United States<br>Code (the Internal Revenue Code). | Nature of Debts<br>(Check one box)<br>☐ Debts are primarily consumer debts,<br>defined in 11 U.S.C. § 101(8) as<br>"incurred by an individual primarily for<br>a personal, family, or household purpose." | ■ Debts are primarily<br>business debts. |
|---|---|---|---|

| Filing Fee (Check one box)<br><br>■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must<br>attach signed application for the court's consideration certifying that the<br>debtor is unable to pay fee except in installments. Rule 1006(b). See Official<br>Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must<br>attach signed application for the court's consideration. See Official Form 3B. | Chapter 11 Debtors<br>Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates)<br>are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors,<br>in accordance with 11 U.S.C. § 1126(b). |
|---|---|

| Statistical/Administrative Information<br>■ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid,<br>there will be no funds available for distribution to unsecured creditors. | THIS SPACE IS FOR COURT USE ONLY |
|---|---|

Estimated Number of Creditors

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | OVER<br>100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

B1 (Official Form 1)(04/13) Page 2

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Assets Overseas, LLC** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:   **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A**<br><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>    Signature of Attorney for Debtor(s)          (Date) |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐    There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐    Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐    Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)


_____
(Address of landlord)

☐    Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐    Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐    Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(04/13)                                                                                                  Page 3

## Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):
**Assets Overseas, LLC**

### Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Attorney*

**X** **/s/ Jeffrey Harrington, Esq.**
Signature of Attorney for Debtor(s)

**Jeffrey Harrington, Esq. 55981**
Printed Name of Attorney for Debtor(s)

**Harrington Law Associates**
Firm Name

**100 South Olive Avenue**
**West Palm Beach, FL 33401**

_____
Address

**jeff@myhlaw.com; joann@myhlaw.com**
**561-253-6690  Fax: 561-370-6802**
Telephone Number

**February 19, 2015**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** **/s/ Karla Carrillo**
Signature of Authorized Individual

**Karla Carrillo**
Printed Name of Authorized Individual

**Managing Member**
Title of Authorized Individual

**February 19, 2015**
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Southern District of Florida

In re    **Assets Overseas, LLC**                              Case No. _____

                                     Debtor(s)             Chapter     **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Bank of America NA Bankruptcy Dept Mail Stop CA6-919-01-23 400 National Way Simi Valley, CA 93065** | **Bank of America NA Bankruptcy Dept Mail Stop CA6-919-01-23 Simi Valley, CA 93065** | **6356 Bengal Circle Boynton Beach 33437** | | **304,000.00**<br><br>**(215,300.00 secured)** |
| **Bank of America NA Bankruptcy Dept. Mail Stop CA6-919-01-23 400 National Way Simi Valley, CA 93065** | **Bank of America NA Bankruptcy Dept. Mail Stop CA6-919-01-23 Simi Valley, CA 93065** | **1222 Imperial Lakes Drive West Palm Beach 33413** | | **70,000.00 (157,000.00 secured) (173,700.00 senior lien)** |
| **Deutsche Bank National Trust Legal Department Regional Office 60 Wall Street New York, NY 10005** | **Deutsche Bank National Trust Legal Department Regional Office New York, NY 10005** | **3393 10th Avenue N. Palm Springs, FL 33461** | | **181,280.00**<br><br>**(85,000.00 secured)** |
| **Green Point Mortgage Funding Bankruptcy PO Box 21239 Sarasota, FL 34233** | **Green Point Mortgage Funding Bankruptcy PO Box 21239 Sarasota, FL 34233** | **11134 Misty Ridge Way Boynton Beach 33473** | | **133,400.00 (395,000.00 secured) (628,000.00 senior lien)** |
| **HSBC Bank USA NA Corporate Headquarters PO Box 2013 Buffalo, NY 14240** | **HSBC Bank USA NA Corporate Headquarters PO Box 2013 Buffalo, NY 14240** | **2706 Danforth Terrace, Wellington FL 33414** | | **566,000.00**<br><br>**(325,000.00 secured)** |
| **HSBC Bank USA NA Corporate Headquarters PO Box 2013 Buffalo, NY 14240** | **HSBC Bank USA NA Corporate Headquarters PO Box 2013 Buffalo, NY 14240** | **2224 White Pine Circle A, Greenacres, FL 33415** | | **196,000.00**<br><br>**(98,500.00 secured)** |
| **John Manion 935 Gatewood Ct NE Palm Bay, FL 32905** | **John Manion 935 Gatewood Ct NE Palm Bay, FL 32905** | **3393 10th Avenue N. Palm Springs, FL 33461** | | **30,000.00 (85,000.00 secured) (181,280.00 senior lien)** |

B4 (Official Form 4) (12/07) - Cont.

In re   **Assets Overseas, LLC** _____     Case No. _____
                          Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| **Metis Capital Business Trust**<br>**301 Clematis Street**<br>**Suite 3000**<br>**West Palm Beach, FL 33401** | **Metis Capital Business Trust**<br>**301 Clematis Street**<br>**Suite 3000**<br>**West Palm Beach, FL 33401** | **2706 Danforth Terrace, Wellington FL 33414** | | 40,000.00<br>(325,000.00 secured)<br>(581,000.00 senior lien) |
| **Novastar Mortgage, Inc**<br>**8140 Ward Parkway**<br>**STE 300**<br>**Kansas City, MO 64114-2006** | **Novastar Mortgage, Inc**<br>**8140 Ward Parkway**<br>**STE 300**<br>**Kansas City, MO 64114-2006** | **5725 Maypop Greenacres 33415** | | 140,000.00<br><br>(78,000.00 secured) |
| **South Trust Bank**<br>**150 2nd Ave North**<br>**Saint Petersburg, FL 33733** | **South Trust Bank**<br>**150 2nd Ave North**<br>**Saint Petersburg, FL 33733** | **21856 Arriba Real G Boca Raton 33433** | | 20,000.00<br>(99,000.00 secured)<br>(137,311.00 senior lien) |
| **US Bank**<br>**c/o SHD Legal Group PA**<br>**PO Box 11438**<br>**Fort Lauderdale, FL 33339-1438** | **US Bank**<br>**c/o SHD Legal Group PA**<br>**PO Box 11438**<br>**Fort Lauderdale, FL 33339-1438** | **2311 Center Stone Ln Riviera 33404** | | 252,441.00<br><br>(127,800.00 secured) |
| **US Mortgage of Florida**<br>**4800 N. Federal Highway**<br>**Building E, Suite 200**<br>**Boca Raton, FL 33431** | **US Mortgage of Florida**<br>**4800 N. Federal Highway**<br>**Building E, Suite 200**<br>**Boca Raton, FL 33431** | **1222 Imperial Lakes Drive West Palm Beach 33413** | | 173,700.00<br><br>(157,000.00 secured) |
| **Wachovia Bank**<br>**PO Box 50010**<br>**Roanoke, VA 24022** | **Wachovia Bank**<br>**PO Box 50010**<br>**Roanoke, VA 24022** | **21856 Arriba Real G Boca Raton 33433** | | 137,311.00<br><br>(99,000.00 secured) |
| **Wachovia Bank**<br>**PO Box 50010**<br>**Roanoke, VA 24022** | **Wachovia Bank**<br>**PO Box 50010**<br>**Roanoke, VA 24022** | **11134 Misty Ridge Way Boynton Beach 33473** | | 628,000.00<br><br>(395,000.00 secured) |
| **Washington Mutual**<br>**c/o JP Morgan Chase Bank**<br>**Corporate Office**<br>**270 Park Ave**<br>**New York, NY 10166** | **Washington Mutual**<br>**c/o JP Morgan Chase Bank**<br>**Corporate Office**<br>**New York, NY 10166** | **5775 Fernley Dr. W 93 West Palm Beach 33415** | | 27,900.00<br>(36,800.00 secured)<br>(114,000.00 senior lien) |
| **Washington Mutual**<br>**c/o JPMorgan Chase Bank**<br>**Corporate Office**<br>**270 Park Ave**<br>**New York, NY 10166** | **Washington Mutual**<br>**c/o JPMorgan Chase Bank**<br>**Corporate Office**<br>**New York, NY 10166** | **5775 Fernley Dr. W 93 West Palm Beach 33415** | | 114,000.00<br><br>(36,800.00 secured) |
| **Washington Mutual Bank**<br>**c/o JP Morgan Chase**<br>**Corporate Headquarters**<br>**270 Park Ave**<br>**New York, NY 10166** | **Washington Mutual Bank FA** | **6094 Forest Hill Blvd 101 Forest Hill 33415** | | 117,000.00<br><br>(35,000.00 secured) |

**B4 (Official Form 4) (12/07) - Cont.**

In re  <u>**Assets Overseas, LLC**</u>                        Case No.  <u>                        </u>

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Wells Fargo Bank**<br>**Po Box 10347**<br>**N8235-015**<br>**Des Moines, IA 50306** | **Wells Fargo Bank**<br>**Po Box 10347**<br>**N8235-015**<br>**Des Moines, IA 50306** | **10821 N. Military Trail, 18D**<br>**Palm Beach**<br>**Gardens, FL 33410** | | **127,750.00**<br>**(74,000.00 secured)**<br>**(118,300.00 senior lien)** |
| **Wells Fargo Bank**<br>**Po Box 10347**<br>**N8235-015**<br>**Des Moines, IA 50306** | **Wells Fargo Bank**<br>**Po Box 10347**<br>**N8235-015**<br>**Des Moines, IA 50306** | **10821 N. Military Trail, 18D**<br>**Palm Beach**<br>**Gardens, FL 33410** | | **118,300.00**<br><br>**(74,000.00 secured)** |
| **World Saving Bank**<br>**PO Box 659548**<br>**San Antonio, TX 78265-9548** | **World Saving Bank**<br>**PO Box 659548**<br>**San Antonio, TX 78265-9548** | **13355 54th Lane N.**<br>**West Palm Beach,**<br>**FL 33411** | | **337,500.00**<br><br>**(140,000.00 secured)** |

# DECLARATION UNDER PENALTY OF PERJURY
# ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Managing Member of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  <u>**February 19, 2015**</u>               Signature  <u>**/s/ Karla Carrillo**</u>

                                                             **Karla Carrillo**<br>                                                            **Managing Member**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

B6E (Official Form 6E) (4/13)

In re    **Assets Overseas, LLC**                            ,      Case No. _____

                                            Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*\* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

                         **1**     continuation sheets attached

B6E (Official Form 6E) (4/13) - Cont.

In re **Assets Overseas, LLC** , Case No. _____
                                 Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H W J | C | | | | | | | |
| Account No. | | | | | | | | | | |
| **Florida Department of Revenue Bankruptcy Department 5050 W. Tennessee St Tallahassee, FL 32314-8030** | - | | | | | | | | 0.00 | |
| | | | | | | | | 0.00 | | 0.00 |
| Account No. | | | | | | | | | | |
| **Internal Revenue Service Centralized Insolvency Operations PO Box 7346 Philadelphia, PA 19101-7346** | - | | | | | | | | 0.00 | |
| | | | | | | | | 0.00 | | 0.00 |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |

| | | | |
|---|---|---|---|
| Sheet **1** of **1** continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims | Subtotal (Total of this page) | 0.00 | 0.00 |
| | | | 0.00 |
| | Total (Report on Summary of Schedules) | 0.00 | 0.00 |
| | | | 0.00 |

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

B6G (Official Form 6G) (12/07)

In re     **Assets Overseas, LLC**                                                    ,     Case No. _____
_____
                                        Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **The Bainbridge Companies**<br>**12765 W. Forest Hill Boulevard**<br>**Suite 1307**<br>**Wellington, FL 33414** | **Debtor holds a leasehold interest under a 3-year commercial lease agreement** |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

B6H (Official Form 6H) (12/07)

In re  **Assets Overseas, LLC**                                           ,     Case No. _____
                                        Debtor

# SCHEDULE H - CODEBTORS

   Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|

**0**
_____ continuation sheets attached to Schedule of Codebtors

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Southern District of Florida

In re    **Assets Overseas, LLC**

Debtor(s)

Case No. _____

Chapter    **11**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Managing Member of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __**21**__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date    **February 19, 2015**

Signature    **/s/ Karla Carrillo**

**Karla Carrillo**
**Managing Member**

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Southern District of Florida

In re     **Assets Overseas, LLC**                                              ,

Case No. _____

Debtor

Chapter_____**11**_____

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Estrella Parada Gonzalez**<br>**2706 Danforth Terrace**<br>**Wellington, FL 33414** | **ownership interest** | **50%** | **member** |
| **Karla Carillo**<br>**11134 Misty Ridge Way**<br>**Wellington, FL 33414** | **ownership interest** | **50%** | **managing member** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Managing Member of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date____**February 19, 2015**_____

Signature__**/s/ Karla Carrillo**_____
                                    **Karla Carrillo**
                                    **Managing Member**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§  152 and 3571.

**0** _____ continuation sheets attached to List of Equity Security Holders

# United States Bankruptcy Court
## Southern District of Florida

In re    **Assets Overseas, LLC**                                Case No.                              
                                            Debtor(s)                 Chapter      **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Managing Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:     **February 19, 2015**                      **/s/ Karla Carrillo**

                                                 **Karla Carrillo**/**Managing Member**
                                                 Signer/Title

AEON Capital Business Trust
Calle Manzanares 49
Ribeira, La Coruna,Spain 15860


Aldridge/Conners LLP
1615 S. Congress Avenue
STE 200
Delray Beach, FL 33445


Bank of America NA
Bankruptcy Dept.
Mail Stop CA6-919-01-23
400 National Way
Simi Valley, CA 93065


Bank of New York Mellon
Corporate Headquarters
225 Liberty St
New York, NY 10281


Banyan Property Management Inc
2328 South Congress Ave
STE 1C
West Palm Beach, FL 33406


Bay Estates at Rainbow Lakes HOA
c/o Victory Accounting Services Inc
1500 Gateway Blvd., STE 220
Boynton Beach, FL 33426


Cole, Scott & Kissane PA
1645 Palm Beach Lakes Blvd
2nd Floor
West Palm Beach, FL 33401


Countrywide Home Loans
MSN SV-26B
PO Box 10229
Van Nuys, CA 91410-0229


Countrywide Home Loans
C/O Bank of America
4500 Park Granada
Calabasas, CA 91302

Cresthaven Condominium Townhomes
Section 2, Inc.
c/o Natalie C. Chin-Lenn
2300 Palm Beach Lakes Blvd STE 308
West Palm Beach, FL 33409


Danforth Village Homeowners Association
c/o The Continental Group
3461-B Fairlane Farms Rd
Wellington, FL 33414


Deutsche Bank National Trust
Legal Department
Regional Office
60 Wall Street
New York, NY 10005


Flagstar Bank
Corporate Headquarters
5151 Corporate Drive
Troy, MI 48098


Florida Department of Revenue
Bankruptcy Department
5050 W. Tennessee St
Tallahassee, FL 32314-8030


Forest Hills Gardens East
Condominium Association
6620 Lake Worth Rd #East
Lake Worth, FL 33467


Gary D. Fields PA
4400 PGA Blvd
STE 308
Palm Beach Gardens, FL 33410


Gary D. Fields PA
4400 PGA Blvd  STE 308
Palm Beach Gardens, FL 33410


Gerstin & Associates
40 SE 5th Street STE 610
Boca Raton, FL 33432

Glades Boca Lago
Condominium Association, Inc
9039 Vista Del Lago
Boca Raton, FL 33428


Green Point Mortgage Funding
Bankruptcy
PO Box 21239
Sarasota, FL 34233


Hiley & Wyant-Cortez, PA
860 US Highway One, STE 108
North Palm Beach, FL 33408-3825


Hilley & Wyant-Cortez
Registered Agent
860 US Highway 1
Ste 108
North Palm Beach, FL 33408


HSBC Bank USA NA
Corporate Headquarters
PO Box 2013
Buffalo, NY 14240


Independence Homeowners Assoc.
aka Independence HOA Gate Line
1267 Imperial Lake Rd
West Palm Beach, FL 33413


Independence Homeowners Assoc.
c/o Hiley & Wyant-Cortez, PA
860 US Highway One, STE 108
North Palm Beach, FL 33408-3825


Independence Homeowners Assoc.
c/o Banyan Property Management Inc.
3900 Woodlake Blvd
STE 309
Lake Worth, FL 33463


Indian Wells Homeowners Association, Inc
c/o Joshua Gerstin, Esq.
Gerstin & Associates
40 S.E. 5th Street, Suite 160
Boca Raton, FL 33432

Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101-7346


James N. Brown PA
1110 N. Olive Ave
West Palm Beach, FL 33401


Jenna Streng
Property Management Inc
CMC Management Inc
2950 Jog Rd
Greenacres, FL 33467


Jenna Streng for Sandlewood HOA
Property Management Inc
CMC Management Inc
2950 Jog Rd
Greenacres, FL 33467


John Manion
935 Gatewood Ct
NE Palm Bay, FL 32905


JPMorgan Chase Bank NA
c/o Albertelli Law
PO Box 23028
Tampa, FL 33623


Karla Carillo
11134 Misty Ridge Way
Wellington, FL 33414


Korte & Wortman PA
2041 Vista Parkway
STE 102
West Palm Beach, FL 33411


Law Office of George Kurschner PA
800 Yamato Rd  STE 103
Boca Raton, FL 33431

```
Lawrence Grove Homeowners Association
c/o Steven Braten, PA
500 Gulfstream Blvd. STE 104
Delray Beach, FL 33483


Lawrence Grove Homeowners Association
c/o Quality Management Group
9045 La Fontana Blvd STE 101
Boca Raton, FL 33434


Metis Capital Business Trust
301 Clematis Street
Suite 3000
West Palm Beach, FL 33401


Morris/Hardwick/Schneider LLC
5110 Eisenhower Blvd STE 120
Tampa, FL 33634


Moskowitz/Mandell/Salim & Simowitz
Registered Agent -Sandalwood HOA
800 Corporate Drive
STE 500
Fort Lauderdale, FL 33334


Natalie C. Chin-Lenn
2300 Palm Beach Lakes Blvd STE 308
West Palm Beach, FL 33409


Novastar Mortgage, Inc
8140 Ward Parkway
STE 300
Kansas City, MO 64114-2006


Olympia Master Association
3461 B Fairlane Farms Rd
Wellington, FL 33414


Olympia Master Association
2400 Centrepark W Drive
STE 175
West Palm Beach, FL 33409
```

Olympia Master Association
c/o Agent Seacrest Services Inc
2400 Centerpark W Drive
STE 175
West Palm Beach, FL 33409


Omar Suarez
2669 Cooper Way
Wellington, FL 33414


Pendergast & Associates PC
6675 Corporate Center Pkwy
STE 301
Jacksonville, FL 32216


Sandalwood Homeowners Assoc
100 Buttonwood Ln
Boynton Beach, FL 33426


Sandalwood Homeowners Association, Inc
c/o Arthur E. Lewis, Esq.
Moskowitz, Mandell, Slim & Simowitz, P.A
800 Corporate Drive, Suite 500
Fort Lauderdale, FL 33334


South Trust Bank
150 2nd Ave North
Saint Petersburg, FL 33733


The Bainbridge Companies
12765 W. Forest Hill Boulevard
Suite 1307
Wellington, FL 33414


The Glades of Boca Lago
Condominium Assoc
c/o Sandra Koren Reg. Agent
9039 Vista Del Lago
Boca Raton, FL 33428


The Pines Community
c/o Vista Community Assoc Mgmt
225 S Westmonte Dr
No. 3310
Altamonte Springs, FL 32714

```
The Pines Community Assoc.
225 S Westmonte Dr
Ste 3310
PO Box 162147
Altamonte Springs, FL 32716


Thousand Oaks at Congress Master Assoc
Reg. Agent-Dicker, Krivok & Stoloff PA
1818 Australian Ave South
STE 400
West Palm Beach, FL 33409


Thousand Oaks at Congress Master Associa
1034 Centerstone Lane
West Palm Beach, FL 33404


Tomberg & Halper LLC
626 SE 4th St
PO Box 1426
Boynton Beach, FL 33425


Trails End Villas
c/o Sea Breeze CMS Inc
Registered Agent
4227 Northlake Boulevard
Palm Beach Gardens, FL 33410


Trails End Villas, Inc
4227 Northlake Boulevard
Palm Beach Gardens, FL 33410


US Bank
c/o SHD Legal Group PA
PO Box 11438
Fort Lauderdale, FL 33339-1438


US Mortgage of Florida
4800 N. Federal Highway
Building E, Suite 200
Boca Raton, FL 33431


Valente Law Firm
1806 Old Okeechobee Rd
West Palm Beach, FL 33409
```

Wachovia Bank
PO Box 50010
Roanoke, VA 24022


Wachovia Bank
c/o Wells Fargo
Corporate Headquarters
420 Montgomery St
San Francisco, CA 94104


Washington Mutual
c/o JPMorgan Chase Bank
Corporate Office
270 Park Ave
New York, NY 10166


Washington Mutual
c/o JP Morgan Chase Bank
Corporate Office
270 Park Ave
New York, NY 10166


Washington Mutual Bank
c/o JP Morgan Chase
Corporate Headquarters
270 Park Ave
New York, NY 10166


Wells Fargo Bank
Po Box 10347
N8235-015
Des Moines, IA 50306


Wells Fargo Bank
Corporate Office
420 Montgomery Street
San Francisco, CA 94104


Wells Fargo Bank
c/o Aldridge Connors LLP
1615 South Congress Ave
STE 200
Delray Beach, FL 33445

Wells Fargo Bank NA
Corporate Headquarters
420 Montgomery street
San Francisco, CA 94163


Wicker/Smith/O'Hara/McCoy & Ford PA
515 N. Flagler Drive
STE 1600
West Palm Beach, FL 33402


World Saving Bank
PO Box 659548
San Antonio, TX 78265-9548


World Savings Bank
c/o Wells Fargo Corporate Office
420 Montgomery St
San Francisco, CA 94104