**UNITED STATES BANKRUPTCY COURT**
Southern District of Florida
www.flsb.uscourts.gov

In Re:                                                     Case Number
**Assets Overseas, LLC**                                   Chapter **11**

_____ Debtor(s)    /

## DECLARATION UNDER PENALTY OF PERJURY TO ACCOMPANY PETITIONS, SCHEDULES, FILING FEE APPLICATIONS AND STATEMENTS FILED ELECTRONICALLY

*Note: This declaration must be filed with each electronically filed initial petition or amended petition and must contain the imaged signature of the debtor. This declaration must also be filed with an initial schedule, Application to Pay Filing Fee in Installments, Application for Waiver of the Chapter 7 Filing Fee, SFA, Statement of Social Security Number, or Statement of Current Monthly Income (OBF 22) not filed with the initial petition or any amended schedules, SFA, Statement of Social Security Number, and/or Statement of Current Monthly Income (OBF 22) unless these documents contain an imaged signature of the debtor(s).*

Check all documents that apply to this declaration

| | |
|---|---|
| ☐ Application by Individual Debtor to Pay Filing Fee in Installments | ☐ Application for Waiver of the Chapter 7 Filing Fee for Individuals Who Cannot Pay the Filing Fee in Full or in Installments |
| ☒ Voluntary petition signed by me on  2/19/2015 | ☐ Amended voluntary petition signed by me on _____ |
| ☒ Schedules signed by me on  2/19/2015 | ☐ Amended schedules signed by me on _____ |
| ☐ Statement of Financial Affairs signed by me on | ☐ Amended Statement of Financial Affairs signed by me on _____ |
| ☒ Statement of Social Security Number(s) signed by me on  2/19/2015 | ☐ Amended Statement of Social Security Number(s) signed by me on _____ |
| ☐ Statement of *Current Monthly Income (OBF 22)* signed by me on | ☐ Amended Statement of *Current Monthly Income (OBF 22)* signed by me on _____ |

I, **Karla Carrillo**, the undersigned debtor(s) **hereby declare under penalty of perjury as follows:**

1. I have reviewed and signed the original(s) of the document(s) identified above and the information contained in the Verified Document(s) is true and correct to the best of my knowledge and belief.

2. I understand that Verified Document(s) filed in electronic form shall be treated for all purposes (both civil and criminal, including penalties of perjury) in the same manner as though signed or subscribed.

3. I understand that the Verified Document(s) will be filed by my attorney in electronic form in connection with the above captioned case and that I have received and reviewed copies of the Verified Document(s) I have signed.

4. I understand that my attorney is required by the court to retain the original signed Verified Document(s) for five years from date of discharge, dismissal or the conclusion of any pending appeals in this case and provide these documents to the court upon request at any time.

/s/ Karla Carrillo
**Signature of Debtor**
(If non individual, authorized corporate representative)

**Signature of Joint Debtor (if applicable)**

Karla Carrillo
**Print or Type Name (and title if applicable)**

**Print Name**

**Jeffrey Harrington, Esq. 55981**
**Print or Type Name of Attorney for Debtor**

561-253-6690
**Phone:**

## NOTICE OF REQUIRED FLOOD INSURANCE DETERMINATION
## AND RELATED NOTICE INFORMATION

Loan #: 1412EM000271

Borrower(s): PE3 BUSINESS & ARCHITECTURAL SOLUTIONS, LLC

Property Address: 2524 MARBILL ROAD, WEST PALM BEACH, FLORIDA 33401

We (the Lender) are required by Federal Law and Regulations to make or obtain a determination of whether the home that will secure the loan which you have applied for is or will be located in an area with special flood hazards.

If it is determined that your property is located in a Special Flood Hazard Area (SFHA), either before the closing of your loan or during the term of your loan, you will be notified of the fact and provided with pertinent, related information, including whether the community that your home is located in participates in the National Flood Insurance Program (NFIP).

If flood insurance is required and your home is 10cMed in a community that participates in the NFIP:

- You will be required to purchase and maintain flood insurance for the life of the loan either through the NFIP or the company of your choice; (At a minimum, flood insurance purchased must cover the lesser of: (1) the outstanding principal balance of the loan; or (2) the maximum amount of coverage allowed for the type of property under the NFIP);
- You may be required to pay your flood insurance premiums into an escrow account established for that purpose; and
- If you fail to purchase or renew flood insurance on the property, we are required to purchase flood insurance for you at your expense.

If flood insurance is required and your home is located in a community that does not participate in the NFIP:

- Flood insurance coverage under the NFIP is not available; and
- You may not be able to obtain certain types of loans or any loan at all on the property.

**You understand and agree that** if at any time before the closing of your loan or during the term of your loan it is determined that the above property is located in a Special Flood Hazard Area:

- **You must purchase and maintain flood insurance for the term of the loan;**
- **We may require flood insurance premiums to be escrowed under certain circumstances; and**
- **If you fail to purchase and maintain such insurance, we are required to purchase flood insurance for you at your expense.**