UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA— WEST PALM BEACH DIVISION

CASE NO.: 15-13093-EPK
CHAPTER 11

*In re:*

ASSETS OVERSEAS, LLC,

    Debtor(s).

_____/

**OBJECTION TO DEBTOR-IN-POSSESSION'S MOTION FOR INTERIM AUTHORITY TO USE CASH COLLATERAL PURSUANT TO 11 U.S.C. § 363**

**COMES NOW,** SANDALWOOD HOMEOWNERS' ASSOCIATION, INC. (hereinafter referred to as "SECURED CREDITOR"), by and through undersigned counsel, and objects to the Debtor-In-Possession's Motion for Interim Authority to Use Cash Collateral Pursuant to 11.U.S.C. § 363 (Court Paper 9), and shows this Court:

    1.    On February 23, 2015, the Debtor filed its Motion for Interim Authority to Use Cash Collateral Pursuant to 11.U.S.C. § 363 (hereinafter referred to as the "Motion").

    2.    The Motion, Paragraph 6, accompanied by the Exhibit "A" to the Motion, avers that the rental property located at 3239 Gardens East Drive, Unit B, Palm Beach Gardens, Florida 33410 (hereinafter referred to as the "Subject Property"), presently generates $1,350.00 per month in rental income.

    3.    The Motion, Paragraph 19, states that all of Debtor's properties are upside-down with respect to the mortgages; and accordingly, all of Debtor's creditors are undersecured.

    4.    The Motion, Paragraph 24, states that none of Debtor's creditors have a contractual basis for a security interest in future rents.

    5.    With respect to the subject property, upon information and belief—and based on a review of the Clerk of Court's records, there are no mortgages. A true and correct copy of the Clerk of Court's records are attached hereto and incorporated herein as Exhibit "A." [*The records also reflect that at or around the time of filing bankruptcy, five (5) deeds were recorded—two (2) deeds into the Debtor, and three (3) deeds from the Debtor. It seems odd that the Debtor has "less than $5,000 (Motion, Paragraph 11)," when the Debtor just conveyed numerous parcels. At least one of the parcels, "Unit 18D of The Crossings of Boynton Beach," was likely sold free and clear of mortgages, as the Debtor acquired title to the property at a*

*mortgage foreclosure sale {undersigned counsel represents the Crossings of Boynton Beach Condominium Association, Inc., and is personally familiar with the matter}. Copies of the Deeds are attached hereto and incorporated herein as Exhibit "B."*]

6. The Debtor acquired title pursuant to its $68,100.00 bid at a mortgage foreclosure sale. A true and correct copy of the related Certificate of Title is attached hereto and incorporated herein as Exhibit "C."

7. According to the records of the Palm Beach County Property Appraiser, the subject property has a total market value of $85,330.00. A true and correct copy of the records of the Property Appraiser is attached hereto and incorporated herein as Exhibit "D."

8. On February 9, 2015, Secured Creditor obtained a Final Judgment of Foreclosure, in the total amount of $60,046.28, which was recorded pre-petition. A true and correct copy is attached hereto and incorporated herein as Exhibit "E."

9. Based on the foregoing, Secured Creditor is an over-secured lien holder, in first position (and is not undersecured).

10. On January 27, 2014, the Debtor and Secured Creditor agreed to the turnover of rents, in the form of an email between attorneys, sufficient to form a binding contract under Florida law. A true and correct copy of the email is attached hereto and incorporated herein as Exhibit "F."

11. On April 23, 2014, Secured Creditor sent its Immediate Demand for Rents to the tenant, and Landlord (Debtor herein). A true and correct copy is attached hereto and incorporated herein as Exhibit "G."

12. On July 25, 2014, Secured Creditor obtained an Order Granting Motion to Enforce Agreement of the Parties and Compel Turnover of Rents. A true and correct copy of the Order is attached hereto and incorporated herein as Exhibit "H." [*This Order is presently under an appeal*]

13. Based on the foregoing, it is evident that Secured Creditor does, in fact, hold an absolute transfer of ownership interest in rents that pertain to the subject property—and directly contradicts the Debtor's allegations to the contrary (See, Motion, Paragraph 24).

14. In a footnote to the Debtor's Motion (Footnote Number 1, Page 4 of 5), the Debtor cites to *in re: 163rd Street Mini Storage, Inc.*, 113 B.R. 87 (Bankr.S.D.Fla 1990), for the proposition that Judge Weaver had determined that an assignment of rents is an exception to the

Debtor's general use of cash collateral. Within the footnote, Debtor asserts that the exception did not apply in this matter (due to Debtor's representation that all of the creditors were undersecured, and none of the creditors held an assignment of rents).

15. Judge Weaver held that, under Florida law, a secured creditor's pre-petition demand for turnover of rents under an assignment of rent agreement created an absolute transfer of ownership interest in rents derived from the real property, such that those rents were not property of the estate and thus not cash collateral available for debtor's use. See, *in re 163rd Street*. Judge Weaver's holding applies to the instant case.

**WHEREFORE,** Secured Creditor respectfully requests that, with respect to the real property located at 3239 Gardens East Drive, Unit B, Palm Beach Gardens, Florida 33410, that the Debtor not be authorized to retain and use the rental proceeds, and instead be directed to turnover all rents received to Secured Creditor, and for such other and further relief that this Court deems just, equitable and proper.

**I HEREBY CERTIFY** that a true and correct of the foregoing has been served either electronically or by 1st Class U.S. Mail on this 25th day of February, 2015, to all parties on the attached service list, and to:

Assets Overseas, LLC, 12773 W. Forest Hill Blvd., Suite 107, Wellington, FL 33414

Jeffrey Harrington, Esq., 100 S Olive Ave., West Palm Beach, FL 33401 [Email: jeff@myhlaw.com]

Office of the US Trustee, 51 SW 1st Avenue, Suite 1204, Miami, FL 33130

> Moskowitz Mandell Salim & Simowitz, P.A.
> Attorneys for Secured Creditor (3153.21)
> 800 Corporate Drive, Suite 500
> Fort Lauderdale, FL 33334
> Telephone: (954) 491-2000
> Facsimile: (954) 491-2051
> alewis@mmsslaw.com
>
> /s/ Arthur E. Lewis
> _____
> Arthur E. Lewis, Esq. / FBN 161667

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113C-9<br>Case 15-13093-EPK<br>Southern District of Florida<br>West Palm Beach<br>Wed Feb 25 16:57:09 EST 2015 | Assets Overseas, LLC<br>12773 W. Forest Hill Blvd suite 107<br>Wellington, FL 33414-4761 | Canyon Isles Homeowners Association, Inc.<br>c/o Steven S. Newburgh<br>6111 Broken Sound Pkwy, NW #200<br>Boca Raton, FL 33487-3644 |
| Lawrence Grove Homeowners Association, Inc.<br>c/o Steven R. Braten, P.A.<br>500 Gulfstream Blvd. Suite 104<br>Delray Beach, FL 33483-6142 | Sandalwood Homeowners Association, Inc.<br>c/o Arthur E Lewis, Esq<br>800 Corporate Dr #500<br>Fort Lauderdale, FL 33334-3621 | AEON Capital Business Trust<br>Calle Manzanares 49<br>Ribeira, La Coruna,Spain, 15860 |
| Aldridge/Conners LLP<br>1615 S. Congress Avenue<br>STE 200<br>Delray Beach, FL 33445-6326 | Bank of America NA<br>Bankruptcy Dept.<br>Mail Stop CA6-919-01-23<br>400 National Way<br>Simi Valley, CA 93065-6414 | Bank of New York Mellon<br>Corporate Headquarters<br>225 Liberty St<br>New York, NY 10281-1008 |
| Banyan Property Management Inc<br>2328 South Congress Ave<br>STE 1C<br>West Palm Beach, FL 33406-7671 | Bay Estates at Rainbow Lakes HOA<br>c/o Victory Accounting Services Inc<br>1500 Gateway Blvd., STE 220<br>Boynton Beach, FL 33426-7233 | Cole, Scott & Kissane PA<br>1645 Palm Beach Lakes Blvd<br>2nd Floor<br>West Palm Beach, FL 33401-2216 |
| Countrywide Home Loans<br>C/O Bank of America<br>4500 Park Granada<br>Calabasas, CA 91302-1613 | Countrywide Home Loans<br>MSN SV-26B<br>PO Box 10229<br>Van Nuys, CA 91410-0229 | Cresthaven Condominium Townhomes<br>Section 2, Inc.<br>c/o Natalie C. Chin-Lenn<br>2300 Palm Beach Lakes Blvd STE 308<br>West Palm Beach, FL 33409-3306 |
| Danforth Village Homeowners Association<br>c/o The Continental Group<br>3461-B Fairlane Farms Rd<br>Wellington, FL 33414-8752 | Deutsche Bank National Trust<br>Legal Department<br>Regional Office<br>60 Wall Street<br>New York, NY 10005-2836 | Flagstar Bank<br>Corporate Headquarters<br>5151 Corporate Drive<br>Troy, MI 48098-2639 |
| Florida Department of Revenue<br>Bankruptcy Department<br>5050 W. Tennessee St<br>Tallahassee, FL 32304-9278 | Forest Hills Gardens East<br>Condominium Association<br>6620 Lake Worth Rd #East<br>Lake Worth, FL 33467-1518 | Gary D. Fields PA<br>4400 PGA Blvd<br>STE 308<br>Palm Beach Gardens, FL 33410-6562 |
| Gerstin & Associates<br>40 SE 5th Street STE 610<br>Boca Raton, FL 33432-6003 | Glades Boca Lago<br>Condominium Association, Inc<br>9039 Vista Del Lago<br>Boca Raton, FL 33428-3141 | Green Point Mortgage Funding<br>Bankruptcy<br>PO Box 21239<br>Sarasota, FL 34276-4239 |
| HSBC Bank USA NA<br>Corporate Headquarters<br>PO Box 2013<br>Buffalo, NY 14240-2013 | Hiley & Wyant-Cortez, PA<br>860 US Highway One, STE 108<br>North Palm Beach, FL 33408-3825 | Hilley & Wyant-Cortez<br>Registered Agent<br>860 US Highway 1<br>Ste 108<br>North Palm Beach, FL 33408-3825 |
| Independence Homeowners Assoc.<br>aka Independence HOA Gate Line<br>1267 Imperial Lake Rd<br>West Palm Beach, FL 33413-1081 | Independence Homeowners Assoc.<br>c/o Banyan Property Management Inc.<br>3900 Woodlake Blvd<br>STE 309<br>Lake Worth, FL 33463-3046 | Independence Homeowners Assoc.<br>c/o Hiley & Wyant-Cortez, PA<br>860 US Highway One, STE 108<br>North Palm Beach, FL 33408-3825 |

Indian Wells Homeowners Association, Inc
c/o Joshua Gerstin, Esq.
Gerstin & Associates
40 S.E. 5th Street, Suite 160
Boca Raton, FL 33432-6003

Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101-7346

JPMorgan Chase Bank NA
c/o Albertelli Law
PO Box 23028
Tampa, FL 33623-2028

James N. Brown PA
1110 N. Olive Ave
West Palm Beach, FL 33401-3514

Jenna Streng
Property Management Inc
CMC Management Inc
2950 Jog Rd
Greenacres, FL 33467-2002

Jenna Streng for Sandlewood HOA
Property Management Inc
CMC Management Inc
2950 Jog Rd
Greenacres, FL 33467-2002

John Manion
935 Gatewood Ct
NE Palm Bay, FL 32905-4419

Karla Carillo
11134 Misty Ridge Way
Wellington, FL 33414

Korte & Wortman PA
2041 Vista Parkway
STE 102
West Palm Beach, FL 33411-6758

Law Office of George Kurschner PA
800 Yamato Rd   STE 103
Boca Raton, FL 33431-4431

Lawrence Grove Homeowners Association
c/o Quality Management Group
9045 La Fontana Blvd STE 101
Boca Raton, FL 33434-5640

Lawrence Grove Homeowners Association
c/o Steven Braten, PA
500 Gulfstream Blvd. STE 104
Delray Beach, FL 33483-6142

Metis Capital Business Trust
301 Clematis Street
Suite 3000
West Palm Beach, FL 33401-4609

Morris/Hardwick/Schneider LLC
5110 Eisenhower Blvd STE 120
Tampa, FL 33634-6338

Moskowitz/Mandell/Salim & Simowitz
Registered Agent -Sandalwood HOA
800 Corporate Drive
STE 500
Fort Lauderdale, FL 33334-3621

Natalie C. Chin-Lenn
2300 Palm Beach Lakes Blvd STE 308
West Palm Beach, FL 33409-3306

Novastar Mortgage, Inc
8140 Ward Parkway
STE 300
Kansas City, MO 64114-2039

Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130-1614

Olympia Master Association
2400 Centrepark W Drive
STE 175
West Palm Beach, FL 33409-6479

Olympia Master Association
3461 B Fairlane Farms Rd
Wellington, FL 33414-8752

Olympia Master Association
c/o Agent Seacrest Services Inc
2400 Centerpark W Drive
STE 175
West Palm Beach, FL 33409-6479

Omar Suarez
2669 Cooper Way
Wellington, FL 33414-3413

Pendergast & Associates PC
6675 Corporate Center Pkwy
STE 301
Jacksonville, FL 32216-8084

Sandalwood Homeowners Assoc
100 Buttonwood Ln
Boynton Beach, FL 33436-7110

Sandalwood Homeowners Association, Inc
c/o Arthur E. Lewis, Esq.
Moskowitz, Mandell, Slim & Simowitz, P.A
800 Corporate Drive, Suite 500
Fort Lauderdale, FL 33334-3621

South Trust Bank
150 2nd Ave North
Saint Petersburg, FL 33701-3339

The Bainbridge Companies
12765 W. Forest Hill Boulevard
Suite 1307
Wellington, FL 33414-4781

The Glades of Boca Lago
Condominium Assoc
c/o Sandra Koren Reg. Agent
9039 Vista Del Lago
Boca Raton, FL 33428-3141

The Pines Community
c/o Vista Community Assoc Mgmt
225 S Westmonte Dr
No. 3310
Altamonte Springs, FL 32714-4218

The Pines Community Assoc.
225 S Westmonte Dr
Ste 3310
PO Box 162147
Altamonte Springs, FL 32716-2147

Thousand Oaks at Congress Master Assoc
Reg. Agent-Dicker, Krivok & Stoloff PA
1818 Australian Ave South
STE 400
West Palm Beach, FL 33409-6447

Thousand Oaks at Congress Master Associa
1034 Centerstone Lane
West Palm Beach, FL 33404-1823

Tomberg & Halper LLC
626 SE 4th St
PO Box 1426
Boynton Beach, FL 33425-1426

Trails End Villas
c/o Sea Breeze CMS Inc
Registered Agent
4227 Northlake Boulevard
Palm Beach Gardens, FL 33410-6251

Trails End Villas, Inc
4227 Northlake Boulevard
Palm Beach Gardens, FL 33410-6251

US Bank
c/o SHD Legal Group PA
PO Box 11438
Fort Lauderdale, FL 33339-1438

US Mortgage of Florida
4800 N. Federal Highway
Building E, Suite 200
Boca Raton, FL 33431-3415

Valente Law Firm
1806 Old Okeechobee Rd
West Palm Beach, FL 33409-5228

Wachovia Bank
PO Box 50010
Roanoke, VA 24022-5010

Wachovia Bank
c/o Wells Fargo
Corporate Headquarters
420 Montgomery St
San Francisco, CA 94104-1207

Washington Mutual
c/o JP Morgan Chase Bank
Corporate Office
270 Park Ave
New York, NY 10017-2014

Washington Mutual
c/o JPMorgan Chase Bank
Corporate Office
270 Park Ave
New York, NY 10017-2014

Washington Mutual Bank
c/o JP Morgan Chase
Corporate Headquarters
270 Park Ave
New York, NY 10017-2014

Wells Fargo Bank
Corporate Office
420 Montgomery Street
San Francisco, CA 94104-1298

Wells Fargo Bank
Po Box 10347
N8235-015
Des Moines, IA 50306-0347

Wells Fargo Bank
c/o Aldridge Connors LLP
1615 South Congress Ave
STE 200
Delray Beach, FL 33445-6326

Wells Fargo Bank NA
Corporate Headquarters
420 Montgomery street
San Francisco, CA 94163-0001

Wicker/Smith/O'Hara/McCoy & Ford PA
515 N. Flagler Drive
STE 1600
West Palm Beach, FL 33401-4346

World Saving Bank
PO Box 659548
San Antonio, TX 78265

World Savings Bank
c/o Wells Fargo Corporate Office
420 Montgomery St
San Francisco, CA 94104-1207

Jeffrey Harrington Esq.
100 S Olive Ave.
West Palm Beach, FL 33401-5505

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)West Palm Beach

(d)Gary D. Fields PA
4400 PGA Blvd  STE 308
Palm Beach Gardens, FL 33410-6562

End of Label Matrix
Mailable recipients     80
Bypassed recipients      2
Total                   82