# Clerk & Comptroller
## Palm Beach County
EXECUTIVE OFFICES: 301 North Olive Ave, West Palm Beach, FL 33401 (561) 355-2996

SHARON R. BOCK
Clerk & Comptroller
Palm Beach County

Home | New Search

Search: ASSETS OVERSEAS between 05/28/2013 and 02/25/2015
Verified as of 02/17/2015
(Displaying 1-50 of 50 Records)   Page: 1 of 1

\* Designates From Party   Records In Color: Provisional Record   Click View to See Document Details   Click on any Data Element to Filter
\* Provisional records have not been verified and are subject to deletion, modification, or change without notice and indexing of these records may be changed or modified based upon verification. Upon verification, the record color will change to black. See \* for full disclaimer information.

| Detail | Name | Cross Name | Date | Type | Book | Page | CFN | Legal |
|---|---|---|---|---|---|---|---|---|
| View | ASSETS OVERSEAS LLC | SANCHEZ MARCO T | 02/20/2015 | QCD | 27350 | 300 | 20150061849 | THOUSAND OAKS B2 L6 |
| View | ASSETS OVERSEAS LLC | CAPUTO KIMBERLY | 02/20/2015 | QCD | 27350 | 294 | 20150061845 | 04 43 41 POR |
| \* View | ASSETS OVERSEAS LLC | PE3 BUSINESS & ARCHITECTURAL SOLUTIONS LLC | 02/20/2015 | QCD | 27350 | 297 | 20150061846 | CROSSINGS CNDO U18D |
| \* View | ASSETS OVERSEAS LLC | 9370 SW 8TH STREET 121 LAND TRUST | 02/20/2015 | QCD | 27350 | 298 | 20150061847 | IS SANDLFT CNDO 6 U121 |
| \* View | ASSETS OVERSEAS LLC | PE3 BUSINESS & ARCHITECTURAL SOLUTIONS LLC | 02/20/2015 | QCD | 27350 | 299 | 20150061848 | SPA AT SUNSET ISLES CONDO U512 |
| View | ASSETS OVERSEAS LLC | SANDALWOOD HOMEOWNERS ASSOCIATION INC | 02/12/2015 | JUD | 27334 | 1266 | 20150051661 | MERIDIAN PK BL7 UB |
| View | ASSETS OVERSEAS | SANDALWOOD HOMEOWNERS ASSOCIATION INC | 02/12/2015 | JUD | 27334 | 1266 | 20150051661 | MERIDIAN PK BL7 UB |
| View | ASSETS OVERSEAS LLC | MONACO JOSEPH | 02/11/2015 | QCD | 27332 | 836 | 20150049882 | HELM CONDO U1 |
| View | ASSETS OVERSEAS LLC | MONACO JOSEPH | 02/11/2015 | QCD | 27332 | 838 | 20150049883 | CRESTHAVEN TH 2 |
| View | ASSETS OVERSEAS LLC | INDIAN WELLS HOMEOWNERS ASSOCIATION INC | 02/06/2015 | LN | 27325 | 416 | 20150045180 | INDIAN WELLS B7 L12 |
| View | ASSETS OVERSEAS LLC | PAGANI MARIA CRISTINA | 01/20/2015 | QCD | 27284 | 909 | 20150019765 | VLG PALM SPG 7 L7A |
| View | ASSETS OVERSEAS LLC | PAGANI MARIA CRISTINA | 01/20/2015 | QCD | 27284 | 907 | 20150019764 | TRAILS END VL CN U18-D |
| View | ASSETS OVERSEAS | PALM BEACH COUNTY | 11/20/2014 | LN | 27173 | 706 | 20140431532 | SPA AT SUNSET ISLES CONDO U512 |
| \* View | ASSETS OVERSEAS LLC | SUNRISE OF PALM BEACH CONDOMINIUM ASSN INC 2 | 11/13/2014 | CT | 27159 | 1502 | 20140422171 | LCRN PT8 CN BL35 U202 |
| \* View | ASSETS OVERSEAS LLC | GORDON BRUCE | 10/22/2014 | CP | 27111 | 1688 | 20140389899 | |
| \* View | ASSETS OVERSEAS LLC | LEVINE BLAKE | 10/15/2014 | JUD | 27099 | 173 | 20140381016 | LAWRENCE GRV 1 RPL B2 L134 |
| View | ASSETS OVERSEAS | PALM BEACH COUNTY | 10/01/2014 | LN | 27069 | 1441 | 20140362768 | LANSDOWNE L135 |
| View | ASSETS OVERSEAS LLC | SUNRISE OF PALM BEACH CONDOMINIUM ASSOCIATION INC | 09/24/2014 | CP | 27057 | 1397 | 20140354788 | |
| View | | SUNRISE OF PALM BEACH CONDOMNIUM ASSOCIATION INC 2 | 09/18/2014 | CP | 27046 | 46 | 20140347100 | |

EXHIBIT "A"

| | Grantor/Grantee | Party | Date | Type | Book | Page | Instrument | Legal |
|---|---|---|---|---|---|---|---|---|
| View | ASSETS OVERSEAS LLC ET AL | | | | | | | |
| View | ASSETS OVERSEAS LLC | VALDEZ LAMBERTO | 09/17/2014 | QCD | 27043 | 1875 | 20140345678 | CANYON ISLES PLAT THREE L198 |
| View | ASSETS OVERSEAS | U S BANK NATIONAL ASSOCIATION TRUSTEE | 09/09/2014 | LP | 27030 | 943 | 20140336021 | WATERSWAY TAHERI PUD L263 |
| * View | ASSETS OVERSEAS LLC ET AL | SANDALWOOD HOMEOWNERS ASSOCIATION INC | 08/26/2014 | CP | 27003 | 625 | 20140318231 | |
| View | ASSETS OVERSEAS | LAWRENCE GROVE HOMEOWNERS ASSOCIATION INC | 08/12/2014 | LN | 26974 | 742 | 20140299068 | LAWRENCE GRV 1 RPL B2 L134 |
| View | ASSETS OVERSEAS LLC | LAWRENCE GROVE HOMEOWNERS ASSOCIATION INC | 08/12/2014 | LN | 26974 | 742 | 20140299068 | LAWRENCE GRV 1 RPL B2 L134 |
| View | ASSETS OVERSEAS LLC | AEON CAPITAL TRUST | 07/08/2014 | MTG | 26901 | 77 | 20140251114 | LCRN PT8 CN BL35 U202 |
| View | ASSETS OVERSEAS | FLAGSTAR BANK FSB | 04/30/2014 | LP | 26759 | 254 | 20140156422 | LAWRENCE GRV 1 RPL B2 L134 |
| View | ASSETS OVERSEAS LLC | FLAGSTAR BANK FSB | 04/30/2014 | LP | 26759 | 254 | 20140156422 | LAWRENCE GRV 1 RPL B2 L134 |
| View | ASSETS OVERSEAS | WELLS FARGO BANK NA | 03/27/2014 | LP | 26690 | 1609 | 20140108753 | GLADES BOCA LAGO CN U5G |
| * View | ASSETS OVERSEAS | MENDOZA MARIA | 03/11/2014 | JUD | 26659 | 664 | 20140086227 | FOREST HL GDN E. BL6094 U101 |
| View | ASSETS OVERSEAS LLC | SUNRISE OF PALM BEACH CONDOMINIUM ASSN INC 2 | 03/07/2014 | JUD | 26654 | 1850 | 20140083278 | LCRN PT8 CN BL35 U202 |
| View | ASSETS OVERSEAS LLC | SANDALWOOD HOMEOWNERS ASSOCIATION INC | 03/06/2014 | LP | 26652 | 1382 | 20140081827 | MERIDIAN PK B1 L7 |
| View | ASSETS OVERSEAS | SANDALWOOD HOMEOWNERS ASSOCIATION INC | 03/06/2014 | LP | 26652 | 1382 | 20140081827 | MERIDIAN PK B1 L7 |
| * View | ASSETS OVERSEAS | MENDOZA MARIA | 03/04/2014 | JUD | 26643 | 1039 | 20140075734 | |
| View | ASSETS OVERSEAS LLC | CLERK & COMPTROLLER PALM BEACH COUNTY | 12/31/2013 | CT | 26534 | 397 | 20130550064 | TERRACINA JOHNSON PROPERTY PUD L106 |
| View | ASSETS OVERSEAS | CLERK & COMPTROLLER PALM BEACH COUNTY | 11/21/2013 | CT | 26464 | 1794 | 20130504104 | GLADES BOCA LAGO CN U5G |
| View | ASSETS OVERSEAS | OLYMPIA MASTER ASSOCIATION INC | 11/20/2013 | LN | 26460 | 919 | 20130501152 | OLYMPIA 02 BE L1382 |
| View | ASSETS OVERSEAS | CLERK & COMPTROLLER PALM BEACH COUNTY | 11/07/2013 | D | 26436 | 1060 | 20130485453 | W. GT EST RPL L-B OL L31 |
| View | ASSETS OVERSEAS | CLERK & COMPTROLLER PALM BEACH COUNTY | 11/06/2013 | CT | 26432 | 1478 | 20130482589 | INDIAN WELLS B7 L12 |
| View | ASSETS OVERSEAS | CLERK & COMPTROLLER PALM BEACH COUNTY | 11/05/2013 | CT | 26429 | 1109 | 20130480475 | PINES 2 B55 LA |
| View | ASSETS OVERSEAS LLC | ONEWEST BANK FSB | 10/24/2013 | CP | 26406 | 814 | 20130464934 | |
| * View | ASSETS OVERSEAS LLC | PE3 BUSINESS & ARCHITECTURAL SOLUTIONS LLC | 10/17/2013 | D A | 26391 | 1050 | 20130453753 | CYPRESS EST PS B11 LD |
| * View | ASSETS OVERSEAS LLC | BARNOV INVESTING LLC | 10/02/2013 | MTG | 26361 | 457 | 20130433067 | SPA AT SUNSET ISLES CONDO U512 |
| View | ASSETS OVERSEAS LLC | ORBISOL FINANCIAL LLC | 10/02/2013 | AFF | 26361 | 455 | 20130433066 | SPA AT SUNSET ISLES CONDO U512 |

Search Result

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| View | ASSETS OVERSEAS LLC | SANDALWOOD HOMEOWNERS ASSOCIATION INC | 10/01/2013 | LN | 26357 | 1924 | 20130430429 | |
| View | ASSETS OVERSEAS | SANDALWOOD HOMEOWNERS ASSOCIATION INC | 10/01/2013 | LN | 26357 | 1924 | 20130430429 | |
| View | ASSETS OVERSEAS | CLERK & COMPTROLLER PALM BEACH COUNTY | 09/27/2013 | CT | 26352 | 487 | 20130426346 | LAWRENCE GRV 1 RPL B2 L134 |
| * View | ASSETS OVERSEAS LLC | HARRINGTON JEFFREY TRUSTEE | 09/03/2013 | D | 26296 | 1223 | 20130389554 | FOREST HL VLG1 RPL B1 L24 |
| * View | ASSETS OVERSEAS LLC | | 09/03/2013 | AFF | 26296 | 1221 | 20130389552 | |
| View | ASSETS OVERSEAS LLC | SUNRISE OF PALM BEACH CONDOMINIUM ASSN INC 2 | 08/13/2013 | LP | 26249 | 983 | 20130359108 | LCRN PT8 CN BL35 U202 |
| View | ASSETS OVERSEAS | CLERK & COMPTROLLER PALM BEACH COUNTY | 05/29/2013 | CT | 26049 | 1246 | 20130236432 | MERIDIAN PK B1 L7 |

Copyright © 2015 by NewVision Systems Corporation. All rights reserved.