```
CFN 20150061845
OR BK 27350 PG 0294
RECORDED 02/20/2015 14:26:24
Palm Beach County, Florida
AMT 10.00
Doc Stamp 0.70
Sharon R. Bock, CLERK & COMPTROLLER
Pgs 0294 - 296; (3pgs)
```

This Instrument Prepared By & Return To:

Harrington Law Associates PLLC
100 S. Olive Avenue
West Palm Beach, FL 33401

Purchase Price $10.00
00-41-43-04-00-000-1220

_space above this line is for recording data_

# QUITCLAIM DEED

THIS QUITCLAIM DEED, Executed this 30 day of January 2015, Between **BENJAMIN CAPUTO, a married man**, whose post office address is 13355 54th Lane N. – West Palm Beach – Florida – 33411, **KIMBERLY CAPUTO, a married woman**, whose post office address is 13355 54th Lane N. – West Palm Beach – Florida – 33411, hereinafter called the grantor, and **ASSETS OVERSEAS, LLC, a Delaware limited liability company** whose post office address is 301 Clematis Street – West Palm Beach – Florida – 33401, hereinafter called the grantee:

WITNESSETH, That the said first party, for good consideration and for the sum of ten Dollars ($10.00USD) paid by the said second party, the receipt whereof is hereby acknowledged, does hereby remise, release and quitclaim unto the said second party forever, all the right, title, interest and claim which the said first party has in and to the following described parcel of land, and improvements and appurtenances thereto in the County of Palm Beach, State of FLORIDA to wit:

Property Address: 13355 54th Lane N. – West Palm Beach – Florida – 33411

The West 209 Feet of the East 2141 Feet of the South 239 Feet of the North 2898 Feet of Section 4, Township 43 South, Range 41 East, Palm Beach County, Florida, Subject to an Easement to Indian Trail Water Control District for Road and Drainage Purposes Over the South 30 Feet.

TO HAVE AND TO HOLD the same together with all and singular appurtenances thereunto belonging or in anywise appertaining, and all the estate, right, title, interest, lien, equity, and claim whatsoever of the first party, either in law or equity, to the only proper use, benefit, and behalf of the second party forever.

Page 1 of 3

_Quitclaim Deed_



EXHIBIT "B"

IN WITNESS WHEREOF, The said first party has signed and sealed these presents the day and year first above written. Signed, sealed and delivered in presence of:

_____
Signature of Witness

Tammy Stiles
Print name of Witness

_____
Signature of Witness

WAVERN J. BAKER
Print name of Witness

_____
KIMBERLY CAPUTO

Benjamin Caputo
Print name of First Party

STATE OF FLORIDA }
COUNTY OF PALM BEACH

On January 30th, 2015 before me, the undersigned authority, appeared KIMBERLY CAPUTO who is personally known to me or who proved by the means indicated below to be the person(s) whose name(s) is/are subscribed to this instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

_____
Signature of Notary

Affiant ___✓Known___ Produced ID
Type of ID _____

ESTRELLA PARADA
MY COMMISSION # FF 127042
EXPIRES: August 22, 2018
Bonded Thru Notary Public Underwriters

(Seal)

Page 2 of 3

*Quitclaim Deed*

IN WITNESS WHEREOF, The said first party has signed and sealed these presents the day and year first above written. Signed, sealed and delivered in presence of:

_____
Signature of Witness

Tommy Shles
Print name of Witness

_____
Signature of Witness

WAVERN J. BAKER
Print name of Witness

_____
BENJAMIN CAPUTO

BENJAMIN CAPUTO
Print name of First Party

STATE OF FLORIDA }
COUNTY OF PALM BEACH

On January 30th, 2015 before me, the undersigned authority, appeared BENJAMIN CAPUTO who is personally known to me or who proved by the means indicated below to be the person(s) whose name(s) is/are subscribed to this instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

_____
Signature of Notary

ESTRELLA PARADA
MY COMMISSION # FF 127042
EXPIRES: August 22, 2018
Bonded Thru Notary Public Underwriters

Affiant ✓ Known ____ Produced ID
Type of ID _____

(Seal)

Page 3 of 3

*Quitclaim Deed*

Prepared by and return to:
Harrington Law Associates PLLC
100 South Olive Avenue
West Palm Beach, FL 33401

Parcel ID No: 08-43-45-15-19-018-0040

CFN 20150061846
OR BK 27350 PG 0297
RECORDED 02/20/2015 14:26:24
Palm Beach County, Florida
AMT 10.00
Doc Stamp 0.70
Sharon R. Bock, CLERK & COMPTROLLER
Pg 0297; (1pg)

_____[Space Above This Line For Recording Data]_____

## Quit Claim Deed

This Quit Claim Deed made this 5 day of February /15, between ASSETS OVERSEAS, LLC, a Delaware Limited Liability Company, whose post office address is 12773 W. Forest Hill Blvd, suite 107- Wellington · Florida· 33414- hereinafter called the "grantor", and PE3 BUSINESS AND ARCHITECTURAL SOLUTIONS, LLC, d/b/a PE3 CAPITAL, a Florida Limited Liability Company, whose address is 301 Clematis Street, Suite 300, West Palm Beach, FL 33401, hereinafter called the "grantee":

Witnesseth, that said grantor, for and in consideration for the sum TEN AND NO/100 DOLLARS ($10.00) and other good and valuable consideration to said grantor in hand paid by said grantee, the receipt of which is hereby acknowledged, does hereby remise, release, and quitclaim to the said grantee, and grantee's heirs and assigns forever, all the right, title, interest, claim and demand which grantor has in and to the following described land, situate, lying and being in Palm Beach County, Florida, to-wit:

UNIT #18D of THE CROSSINGS OF BOYNTON BEACH CONDOMINIUM, a Condominium according to the Declaration of Condominium thereof, as recorded in Official Records Book 4071, Page 1175, and all exhibits and amendments thereto, of the Public Records of Palm Beach County, Florida; together with an undivided share in the common elements appurtenant thereto.

Property address: 18 Crossings Circle, Unit D, Boynton Beach, FL 33435

To Have and to Hold, the same together and will all and singular the appurtenances thereto belonging or in anywise appertaining, and all the estate, right, title, interest, lien, equity and claim whatsoever of grantors, either in law or equity, for the use, benefit and profit of the said grantee forever.

In Witness Whereof, grantor has hereunto set grantor's hand and seal the day and year first above written.

Signed, seal and delivered in our presence:

Witness Name: Johonna Molono.

Witness Name: Joana A Harrington

GRANTOR

Karla Carrillo, Member
Assets Overseas, LLC

State of Florida
County of Palm Beach

The foregoing instrument was acknowledged before me this 2/5/2015 day of ___, who is personally known to me or who has produced _____ as identification.

(Signature)

Estrella Parada, Notary Public
(Printed name)

ESTRELLA PARADA
MY COMMISSION # FF 127042
EXPIRES: August 22, 2018
Bonded Thru Notary Public Underwriters

Book27350/Page297    Page 1 of 1

```
CFN 20150061847
OR BK 27350 PG 0298
RECORDED 02/20/2015 14:26:24
Palm Beach County, Florida
AMT 10.00
Doc Stamp 0.70
Sharon R. Bock, CLERK & COMPTROLLER
Pg 0298; (1pg)
```

Prepared by and return to:
Harrington Law Associates PLLC
100 South Olive Avenue
West Palm Beach, FL 33401

Parcel ID No: 000-42-47-30-12-006-1210

_____[Space Above This Line For Recording Data]_____

## Quit Claim Deed

This Quit Claim Deed made this 8th day of October, 2014, between ASSETS OVERSEAS, LLC a Delaware Limited Liability Company, whose post office address is 12773 W. Forest Hill Blvd, suite 107 · Wellington · Florida ·33414- hereinafter called the "grantor" and 9370 SW 8TH STREET 121 LAND TRUST, a Florida Land Trust, whose address is 9370 SW 8th St. 121 · Boca Raton · Florida · 33428, hereinafter called the "grantee":

Witnesseth, that said grantor, for and in consideration for the sum TEN AND NO/100 DOLLARS ($10.00) and other good and valuable consideration to said grantor in hand paid by said grantee, the receipt of which is hereby acknowledged, does hereby remise, release, and quitclaim to the said grantee, and grantee's heirs and assigns forever, all the right, title, interest, claim and demand which grantor has in and to the following described land, situate, lying and being in Palm Beach County, Florida, to-wit:

**UNIT 121, ISLE OF SANDAL FOOT CONDOMINIUM 6, A CONDOMINIUM, ACCORDING TO DECLARATION OF CONDOMINIUM RECORDED IN OFFICIAL RECORDS BOOK 3303, PAGE 1038, of the PUBLIC RECORDS OF PALM BEACH COUNTY, FLORIDA AS AMENDED**

Property address: 9370 SW 8th Street, Unit 121, Boca Raton, FL 33428

To Have and to Hold, the same together and will all and singular the appurtenances thereto belonging or in anywise appertaining, and all the estate, right, title, interest, lien, equity and claim whatsoever of grantors, either in law or equity, for the use, benefit and profit of the said grantee forever.

In Witness Whereof, grantor has hereunto set grantor's hand and seal the day and year first above written.

Signed, seal and delivered in our presence:

Witness Name: Johanna Molono

Witness Name: Tessa Cashtio.

**GRANTOR**

Karla Carrillo, Member
Assets Overseas, LLC

**State of Florida**
**County of Palm Beach**

The foregoing instrument was acknowledged before me this 8th day of October, 2014 who is personally known to me or who has produced _____ as identification.

_____
(Signature)

Estrella Parada Notary Public
(Printed name)

```
ESTRELLA PARADA
MY COMMISSION # FF 127042
EXPIRES: August 22, 2018
Bonded Thru Notary Public Underwriters
```

```
CFN 20150061848
OR BK 27350 PG 0299
RECORDED 02/20/2015 14:26:24
Palm Beach County, Florida
AMT 10.00
Doc Stamp 0.70
Sharon R. Bock, CLERK & COMPTROLLER
Pg 0299; (1pg)
```

Prepared by and return to:
Harrington Law Associates PLLC
100 South Olive Avenue
West Palm Beach, FL 33401

Parcel ID No: 00-41-43-24-03-005-5120

_____[Space Above This Line For Recording Data]_____

## Quit Claim Deed

This Quit Claim Deed made this 18th day of February, 2015, between ASSETS OVERSEAS, LLC, a Delaware Limited Liability Company, whose post office address is 12773 W. Forest Hill Blvd, suite 107 · Wellington · Florida · 33414- hereinafter called the "grantor," and PE3 BUSINESS & ARCHITECTURAL SOLUTIONS, LLC, a Florida Limited Liability Company, whose address is 301 Clematis Street, Suite 3000, West Palm Beach, FL 33401, hereinafter called the "grantee":

Witnesseth, that said grantor, for and in consideration for the sum TEN AND NO/100 DOLLARS ($10.00) and other good and valuable consideration to said grantor in hand paid by said grantee, the receipt of which is hereby acknowledged, does hereby remise, release, and quitclaim to the said grantee, and grantee's heirs and assigns forever, all the right, title, interest, claim and demand which grantor has in and to the following described land, situate, lying and being in Palm Beach County, Florida, to-wit:

CONDOMINIUM UNIT No. 512 OF THE SPA AT SUNSET ISLES, A CONDOMINIUM, ACCORDING TO THE DECLARATION OF CONDOMINIUM THEREOF, AS RECORDED IN OFFICIAL RECORDS BOOK 19935, AT PAGE 1260, OF THE PUBLIC RECORD OF PALM BEACH COUNTY, FLORIDA, AS AMENDED, TOGETHER WITH AN UNDIVIDED INTEREST OR SHARE IN THE COMMON ELEMENTS APPURTENANT THERETO.

Property address: 10348 Fox Trail Rd S. 512

To Have and to Hold, the same together and will all and singular the appurtenances thereto belonging or in anywise appertaining, and all the estate, right, title, interest, lien, equity and claim whatsoever of grantors, either in law or equity, for the use, benefit and profit of the said grantee forever.

In Witness Whereof, grantor has hereunto set grantor's hand and seal the day and year first above written.

Signed, sealed and delivered in our presence:

Witness Name: Mythe Orrico

Witness Name: Tissa Cashio

GRANTOR

Karla Carrillo, Member
Assets Overseas, LLC

State of Florida
County of Palm Beach

The foregoing instrument was acknowledged before me this 16th day of Feb. 2015 who is personally known to me or who has produced _____ as identification.

(Signature)

Estrella Parada Notary Public
(Printed name)

[Notary Seal: ESTRELLA PARADA, COMMISSION # FF 127042, EXPIRES: August 22, 2018, Bonded Thru Notary Public Underwriters]

Book27350/Page299                                                    Page 1 of 1

CFN 20150061849
OR BK 27350 PG 0300
RECORDED 02/20/2015 14:26:24
Palm Beach County, Florida
AMT 10.00
Doc Stamp 0.70
Sharon R. Bock,CLERK & COMPTROLLER
Pgs 0300 - 301; (2pgs)

This Instrument Prepared By & Return To:
Harrington Law Associates
100 S Olive Avenue
West Palm Beach, FL 33401

Purchase Price $ 10.00
Recording Fee $_____
Doc. Stamps $_____
Parcel No. 56-43-42-30-29-002-0060

_____space above this line is for recording data_____

## QUITCLAIM DEED

**THIS QUITCLAIM DEED**, Executed this 11 day of January, 2012,

by first party, Grantor(s), Marco T. Sanchez

whose post office address is 13847 82nd St N West Palm Beach, FL 33412

to second party, Grantee, Assets Overseas, LLC

whose post office address is 16192 Coastal Highway Lewes, Delaware 19958

**WITNESSETH,** That the said first party, for good consideration and for the sum of Ten Dollars($10.00 USD) paid by the said second party, the receipt whereof is hereby acknowledged, does hereby remise, release and quitclaim unto the said second party forever, all the right, title, interest and claim which the said first party has in and to the following described parcel of land, and improvements and appurtenances thereto in the County of Palm Beach, State of FLORIDA to wit:

Site Address: 2311 Center Lane Riviera Beach, FL 33404

Legal Description: Thousand Oaks LT6 BLK 2, according to the plat thereof, recorded in plat Book 100, at page 136 through 143, of the public records of Palm Beach County, Florida.

TO HAVE AND TO HOLD the same together with all and singular appurtenances thereunto belonging or in anywise appertaining, and all the estate, right, title, interest, lien, equity, and claim whatsoever of the first party, either in law or equity, to the only proper use, benefit, and behalf of the second party forever.

Page 1 of 2

**IN WITNESS WHEREOF,** The said first party has signed and sealed these presents the day and year first above written. Signed, sealed and delivered in presence of:

_____/s/_____  
Signature of Witness

_____Marco Sanchez_____  
Signature of First Party, Grantor

_____John A. Magries_____  
Print name of Witness

_____MARCO SANCHEZ_____  
Print name of First Party

_____/s/_____  
Signature of Witness

_____  
Signature of First Party, Grantor

_____Carlos Duarte_____  
Print name of Witness

_____  
Print name of First Party

STATE OF FLORIDA }  
COUNTY OF

On _____ before me,

Appeared _____,

personally known to me or proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity (ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

_____Ismar Zavala_____  
Signature of Notary

Affiant ____ Known ____ Produced ID  
Type of ID __Personally known__

(Seal)

Ismar Rafaela Zavala  
COMMISSION #EE050726  
EXPIRES: DEC. 21, 2014  
WWW.AARONNOTARY.com

_____Jan Harrington_____  
Signature of Preparer

_____  
Print Name of Preparer

_____  
Address of Preparer

Page 2 of 2

Book27350/Page301                                                                 Page 2 of 2