CFN 20150051661
OR BK 27334 PG 1266
RECORDED 02/12/2015 09:56:21
Palm Beach County, Florida
AMT
Sharon R. Bock
CLERK & COMPTROLLER
Pgs 1266-1271; (6Pgs)

IN THE CIRCUIT COURT OF THE FIFTEENTH
JUDICIAL CIRCUIT IN AND FOR PALM BEACH
COUNTY, FLORIDA

CIRCUIT CIVIL DIVISION AW
CASE NO. 2014 CA 002693-XXXX-MB (AW)

Sandalwood HOA
_____
Plaintiff(s)

v.

Assets Overseas _____, et al
Defendant(s).
_____/

**NOTICE OF FILING** Final Judgement of Foreclosure

THE COURT hereby files the Final Judgement of Foreclosure entered on February 6, 2015 in the above styled case of action. See Supreme Court order No. SC14-721 In Re: Amendments to Florida Rule of Judicial Administration 2.520.

**DONE AND ORDERED** in West Palm Beach, Palm Beach County, Florida this 9 day of February 2015.

_____
JUDGE

EXHIBIT "E"

2015 FEB 10 AM 9:53
SHARON R. BOCK, CLERK
PALM BEACH COUNTY, FL
CIRCUIT CIVIL 1
FILED

CFN 20150051661
BOOK 27334 PAGE 1267
2 OF 6

IN THE CIRCUIT COURT OF THE FIFTEENTH JUDICIAL CIRCUIT, IN AND FOR PALM BEACH COUNTY, FLORIDA

CASE NO.: 50-2014-CA-002693-XXXX-MB (AW)

SANDALWOOD HOMEOWNERS'
ASSOCIATION, INC.,

Plaintiff,

v.

ASSETS OVERSEAS a/k/a ASSETS
OVERSEAS, LLC, and ____ TENANT
IN POSSESSION,

Defendant(s).
_____/

## FINAL JUDGMENT OF FORECLOSURE

**THIS ACTION** having come before the Court on February 6, 2015, upon Plaintiff's Motion for Summary Final Judgment of Foreclosure and Award of Attorney's Fees, and the Court having reviewed the Motion, the file, hearing argument of counsel, and being fully advised in the premises, it is therefore **ORDERED AND ADJUDGED**:

1. There is due and owing to Plaintiff (from ASSETS OVERSEAS a/k/a ASSETS OVERSEAS, LLC):

| | | |
|---|---|---:|
| A. | Assessments (through 2/6/2015): | $ 11,715.00 |
| B. | Late Fees (through 2/6/2015): | $ 375.00 |
| C. | Interest at 10%: | $ 4,741.77 |
| D. | Photocopies: | $ 481.50 |
| E. | Postage: | $ 114.49 |
| F. | Long Distance Calls: | $ 15.00 |
| G. | Clerk of Court Fees: | $ 1,243.72 |
| H. | Service of Process: | $ 1,214.00 |
| I. | Attorney's Title: | $ 25.00 |
| J. | Commonwealth: | $ 175.00 |
| K. | Daily Business Review: | $ 165.00 |
| L. | Travel Expenses: | $ 237.55 |
| M. | West Law: | $ 881.75 |
| N. | Esquire Deposition Services: | $ 120.00 |
| O. | Plaintiff's Attorney's Fees: | $ 41,034.50 |
| | SUB-TOTAL: | $ 62,539.28 |
| | LESS Credit for Rents Received January 30, 2014: | $ -- 2,493.00 |
| | **TOTAL** | **$ 60,046.28** |

together with post-petition interest at the statutory rate, and such further costs as may be incurred by the Plaintiff in this action, including, but not limited to, the sale fee and publication of the Notice of Sale, and any advances made by the Plaintiff which are proper under the terms of the lien being foreclosed, including, but not limited to, payment of any outstanding utility liens or accounts which encumber the subject property.

2. Plaintiff holds a lien for the total sum superior to any claim or estate of all the Defendants on the following property in Palm Beach County, Florida:

**See Attached Exhibit "A" Legal Description**
**ADDRESS: 3239 Gardens East Drive, Unit B, Palm Beach Gardens, FL 33410**

3. If the total sum with interest at the statutory rate per annum and all costs of this action and proper advances accruing subsequent to this judgment are not paid within three (3) days from this date, the Clerk of this Court shall sell the property at public sale on _March 26_, 2015 at 10:00 AM o'clock, to the highest bidder for cash, at www.mypalmbeachclerk.clerkauction.com, Palm Beach County, Florida.

IF THIS PROPERTY IS SOLD AT PUBLIC AUCTION, THERE MAY BE ADDITIONAL MONEY FROM THE SALE AFTER PAYMENT OF PERSONS WHO ARE ENTITLED TO BE PAID FROM THE SALE PROCEEDS PURSUANT TO THIS FINAL JUDGMENT.

IF YOU ARE A SUBORDINATE LIENHOLDER CLAIMING A RIGHT TO FUNDS REMAINING AFTER THE SALE, YOU MUST FILE A CLAIM WITH THE CLERK NO LATER THAN 60 DAYS AFTER THE SALE. IF YOU FAIL TO FILE A CLAIM, YOU WILL NOT BE ENTITLED TO ANY REMAINING FUNDS.

IF YOU ARE THE PROPERTY OWNER, YOU MAY CLAIM THESE FUNDS YOURSELF. YOU ARE NOT REQUIRED TO HAVE A LAWYER OR ANY OTHER REPRESENTATION AND YOU DO NOT HAVE TO ASSIGN YOUR RIGHTS TO ANYONE ELSE IN ORDER FOR YOU TO CLAIM ANY MONEY TO WHICH YOU ARE ENTITLED. PLEASE CHECK WITH THE CLERK OF THE COURT, **PALM BEACH COUNTY COURTHOUSE: 205 NORTH DIXIE HIGHWAY, SUITE 3.23, WEST PALM BEACH, FL 33401; PHN: (561) 355-2986,** WITHIN TEN (10) DAYS AFTER THE SALE TO SEE IF THERE IS ADDITIONAL MONEY FROM THE FORECLOSURE SALE THAT THE CLERK HAS IN THE REGISTRY OF THE COURT.

IF YOU DECIDE TO SELL YOUR HOME OR HIRE SOMEONE TO HELP YOU CLAIM THE ADDITIONAL MONEY, YOU SHOULD READ CAREFULLY ALL PAPERS YOU ARE REQUIRED TO SIGN, ASK SOMEONE ELSE, PREFERABLY AN ATTORNEY WHO IS NOT RELATED TO THE PERSON OFFERING TO HELP YOU, TO MAKE SURE THAT YOU UNDERSTAND WHAT YOU ARE SIGNING AND THAT YOU ARE NOT TRANSFERRING YOUR PROPERTY OR THE EQUITY IN YOUR PROPERTY WITHOUT THE PROPER INFORMATION. IF YOU CANNOT AFFORD TO PAY AN ATTORNEY, YOU MAY

CONTACT, **LEGAL AID SERVICES OF PALM BEACH COUNTY**: 423 FERN STREET, SUITE 200, WEST PALM BEACH, FL 33401; PHN: (561) 655-8944, TO SEE IF YOU QUALIFY FINANCIALLY FOR THEIR SERVICES. IF THEY CANNOT ASSIST YOU, THEY MAY BE ABLE TO REFER YOU TO A LOCAL BAR REFERRAL AGENCY OR SUGGEST OTHER OPTIONS. IF YOU CHOOSE TO CONTACT **LEGAL AID SERVICES OF PALM BEACH COUNTY**: 423 FERN STREET, SUITE 200, WEST PALM BEACH, FL 33401; PHN: (561) 655-8944, FOR ASSISTANCE, YOU SHOULD DO SO AS SOON AS POSSIBLE AFTER RECEIPT OF THIS NOTICE.

4. Plaintiff shall advance all subsequent costs of this action and shall be reimbursed for them by the Clerk if Plaintiff is not the purchaser of the property at the sale. If Plaintiff is the purchaser, the Clerk shall credit Plaintiff's bid with the total sum with interest and costs accruing subsequent to this judgment or such part of it as is necessary to pay the bid in full. If prior to the sale, Plaintiff shall be required to advance any monies pursuant to the note and mortgage or the provisions of this Order, then Plaintiff or its attorneys shall so certify to the Clerk of this Court, and the amount due to Plaintiff as set forth in paragraph 1 shall be increased by the amount of such advances without further Order of this Court. If Plaintiff is the successful bidder at the sale, Plaintiff's rights as such may be assigned to a third party and, in that event, the Clerk of this Court is hereby ordered and directed to issue the Certificate of Title to Plaintiff's assignee upon application of Plaintiff and without further Order of this Court.

5. On filing the Certificate of Title the Clerk shall distribute the proceeds of the sale, so far as they are sufficient, by paying: first, all of Plaintiff's costs; second, documentary stamps affixed to the certificate unless Plaintiff is not successful bidder in which event the successful bidder shall pay the cost of said documentary stamps in addition to the amount bid; third, Plaintiff's attorneys' fees; fourth, the total sum due to Plaintiff less the items paid plus interest at the rate set forth in paragraph 3 from this date through the date of the sale, that sum to be paid to the attorney of record for the Plaintiff; and by retaining any amount remaining pending the further order of this Court.

6. On filing the Certificate of Sale, Defendants and all persons claiming under or against them since the filing of the notice of Lis Pendens are foreclosed of all estate or claim in the property. After issuance of the Certificate of Title, the purchaser at the sale shall be let into possession of the property. After issuance of Certificate of Title, and only upon further order from this Court, the Clerk of this court is hereby directed to issue a Writ of Possession upon application for same by Plaintiff or the party to who it has assigned its bid.

7. The Court finds, based upon the affidavits presented and upon inquiry of counsel for the Plaintiff, that 193.10 hours were reasonably expended by Plaintiff's counsel and that an hourly rate of $295.00 per hour is appropriate. The Court finds that there are no reasons for either reduction or enhancement pursuant to *Florida Patients' Compensation Funds v. Rowe*, 472 So.2d 1145 (Fla. 1985), and the Court therefore has awarded reasonable attorney's fees of $41,034.50 [Pursuant to an agreement between Plaintiff and counsel].

8. In the event that a Certificate of Title is issued in favor of Plaintiff, Sandalwood Homeowners' Association, Inc., the same shall not result in "merger" of the underlying Claim of Lien made subject to this action; and Plaintiff's ability to recover unpaid assessments shall be governed by Florida Statutes §720.3085.

9. Jurisdiction of this action is retained to enter further orders as are proper, including, without limitation, writs of possession and deficiency judgments.

**DONE AND ORDERED** in West Palm Beach, Palm Beach County, Florida, on this 9 day of February, 2015.

_____
CIRCUIT / SENIOR JUDGE

*Copies furnished to:*

Arthur E. Lewis, Esq.
Moskowitz, Mandell, Salim & Simowitz, P.A.
800 Corporate Drive, Suite 500
Fort Lauderdale, FL 33334
Tel: (954) 776-9231 / Fax: (954) 491-2051
Primary Email: alewis@mmsslaw.com
Secondary Email: alewis2@mmsslaw.com

Mitchell Barrenechea, Esq.
Harrington Law Associates, PLLC
100 South Olive Avenue
West Palm Beach, FL 33401-5505
E-mail: service@myhlaw.com

Julie Kornfield, Esq.
Cole, Scott & Kissane, P.A.
1645 Palm Beach Lakes Blvd., 2nd Floor
West Palm Beach, FL 33401
Email: julie.kornfield@csklegal.com; linda.cohen@csklegal.com

CFN 20150051661
BOOK 27334 PAGE 1271
6 OF 6

Unit "B", Building 7, SANDALWOOD, lying in Lot 7, Block 1, according to the Plat of Meridian Park, City of Palm Beach Gardens, Florida, as recorded in Plat Book 28, at Page 51, in and for the records of Palm Beach County, Florida being more particularly described as follows:

Commencing at the Northwest corner of Lot 7, Block 1 aforesaid, said point being on the Easterly right of way line of Garden East Drive and also being on a curve concave to the Northeast, having a radius of 889.10 feet, a central angle of 10°58'43" and a radial bearing at this point of North 59°33'23" East (the North line of said Lot 7 is assumed to bear North 59°33'23" East and all other bearings are relative thereto); thence Southeasterly along the arc of said curve a distance of 170.36 feet to a point; thence radially North 48°34'40" East, a distance of 25.36 feet to the Point of Beginning of the herein described parcel; thence North 51°02'13" East a distance of 31.38 feet to a point; thence North 38°57'47" West a distance of 37.14 feet to a point; thence South 51°02'13" West a distance of 31.38 feet to a point; thence South 38°57'47" East a distance of 37.14 feet to the Point of Beginning.

Parcel Identification Number: 52-43-42-07-02-107-0072


EXHIBIT "A"