**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
*www.flsb.uscourts.gov*

In re:     Case No. 15-13093-BKC-EPK
           **Chapter 11**

**ASSETS OVERSEAS, LLC,**

               Debtor.          /

**CHAPTER 11 CASE MANAGEMENT SUMMARY**

     In compliance with Local Rule 2081-1(B), the Debtor-in-Possession, **ASSETS OVERSEAS, LLC** ("AO"), files this *Chapter 11 Case Management Summary* and states:

     The following data represents approximations for background information only and the information may represent the Debtor's best estimate in response to some of the ensuing questions.

1. Date of Order for Relief under Chapter 11 (voluntary petition date):  **2/19/2015**.

2. Names, case numbers and dates of filing of related debtors: **None**.

3. Description of debtor's business: **Owner of real properties located at various locations in Palm Beach County, FL (a schedule of those properties is attached hereto as Exhibit "A").**

4. Locations of debtor's operations and whether the business premises are leased or owned: **12773 W. Forest Hill Blvd., Suite 107, Wellington, FL 33414**

5. Reasons for filing chapter 11: **Unable to negotiate modification of loans with lenders.**

6. List of officers and directors, if applicable, and their salaries and benefits at the time of filing and during the one (1) year prior to filing:

    **Karla Carillo - (no salary but received $19,750 in distributions during the one year period)**
    **Estrella Parada Gonzalez – no salary or distributions.**

7. Debtor's fiscal or calendar year-to-date gross income and the Debtor's gross income for the calendar or fiscal year prior to the filing of this petition:

    **$2,600 in gross rents for 2015 year-to-date; and $146,297.30 in gross rents for 2014.**

8. Amounts owed to various creditors:

a. Obligations owed to priority creditors including priority tax obligations: **None.**

b. With respect to creditors holding secured claims, the name of and amounts owed to such creditors and a description and estimated value of all collateral of the debtor securing their claims: **See schedule attached as Exhibit "A."**

c. Approximate amount of unsecured claims: **$0**

9. General description and approximate value of the Debtor's assets:

**Included on schedule attached as Exhibit "A."**

10. List of all insurance policies, the property covered under the policy, the name of the insurer, the policy number, amount of coverage, whether the premium is current, the date the next premium is due and date the policy expires:

**The insurance policies are Debtor's various properties are not in the Debtor's possession as they involve force-placed insurance taken out and paid for by the various lenders. The Debtor will request copies of such policies from all lenders.**

11. Number of employees and amounts of wages owed as of Petition Date: **None.**

12. Status of Debtor's payroll and sales tax obligations, if applicable. This does not eliminate the obligation of chapter 11 debtors (other than individuals not engaged in business) to provide the more detailed payroll tax information required by Local Rule 2081-1(A): **N/A.**

13. Anticipated emergency relief to be requested within 14 days from the Petition Date:

**Use of Cash Collateral**
**Retention of Counsel**
**Pre-Petition Utilities**

ASSETS OVERSEAS, LLC

Date: **March 2, 2015**

Karla Carillo, Managing Member

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on March 2nd, 2015, a true and correct was served via the Court's CM/ECF system to the Office of the United States Trustee for the Southern District of Florida, and all registered CM/ECF users in this case.

        **ORSHAN, P.A.**
        *Proposed Counsel for Debtor*
        One Southeast Third Avenue
        Suite 1445
        Miami, Florida 33131
        Telephone: (305) 529-9380
        Facsimile: (305) 402-0777
        paul@orshanpa.com

        By: */s/ Paul L. Orshan*
            Paul L. Orshan, Esq.
            Florida Bar No.: 776203

Exhibit "A"

| ADDRESS | CITY | ZIP | INVENTORY ASSETS MARKET VALUE[1] | 1ST MORTGAGE LENDER | LOAN # | INT.% | LOAN $ | 2ND MTG. LENDER | LOAN # | INT% | LOAN AMOUNT | HELOC LENDER | LOAN # | LOAN AMOUNT | LITIGATION PLAINTIFF | CASE | HOA PAST DUE | RENTS | MTG. (4.5%) | HOA | TAXES | INS. | NET |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1035 Fairfax Circle W | Boynton Beach | 33436 | $250,000 | K&B Capital Corp/Flagstar | 502955483 | | $196,320 | N/A | N/A | N/A | $0 | N/A | N/A | N/A | Flagstar Bank | 2014CA005088 | $1,800 | $2,025 | $937.50 | $130 | $350 | $152 | $456 |
| 2706 Danforth Terrace | Wellington | 33414 | $385,000 | HSBC Mortgage Corp | 789852217 | 6.5% | $566,000 | N/A | N/A | N/A | N/A | N/A | N/A | N/A | HSBC MTG. CORP USA | 2008CA036089 | $1,800 | $2,850 | $1,443.75 | $675 | $734 | $214 | ($216) |
| 2224 White Pine Circle A | Greenacres | 33415 | $90,000 | HSBC Bank Usa National | 3200603082 | | $196,000 | N/A | N/A | N/A | N/A | N/A | N/A | N/A | | 2010CA002356 | -$1,900 | $1,300 | $337.50 | $300 | $97 | $98 | $468 |
| 1222 Imperial Lakes Drive | West Palm Beach | 33413 | $145,000 | US Mortgage of Florida | 5509681 | 7.85% | $173,700 | N/A | N/A | N/A | N/A | Bank of America | N.F | $70,000 | US Bank National Association | 2014CA010937 | $1,022 | $1,300 | $543.75 | $170 | $166 | $98 | $322 |
| 6094 Forest Hill Blvd 101 | Forest Hill | 33415 | $30,000 | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | Washington Mutual | 703901819 | $117,000 | FDICR (WAMU-CHASE) | 2014CA000489 | | $850 | $112.50 | $274 | $67 | $64 | $332 |
| 5775 Fernley Dr. W 93 | West Palm Beach | 33415 | $40,000 | Washington Mutual | N.F | N.F | $125,000 | N/A | N/A | N/A | N/A | Washington Mutual | N.F | $27,900 | New York Community Bank | 2013CA005136 | $13,000 | $1,100 | $150.00 | $200 | $100 | $83 | $567 |
| 12667 70th Place N | Loxahatchee | 33412 | $240,000 | Flagstar (ASSG. to Greentree) | | 5.0% | $244,000 | | | | $49,000 | | | | | 2009CA008763 | - | $1,800 | $900.00 | $0 | $328 | $135 | $437 |
| 2311 Center Stone Ln | Riviera | 33404 | $100,000 | US Bank National Association | | | $252,441 | N/A | NA | NA | NA | N/A | N/A | N/A | US Bank National Association (trustee) | 2012CA012357 | $30,000 | $1,500 | $375.00 | $271 | $257 | $113 | $484 |
| 6356 Bengal Circle | Boynton Beach | 33437 | $200,000 | Bank of America | 2012CA004736 | 3.5% | $304,000 | N/A | N/A | N/A | N/A | N/A | N/A | N/A | Bank of America | 2012CA004736 | N/A | $1,800 | $750.00 | $50 | $324 | $135 | $541 |
| 6425 Lansdowne Circle | Boynton Beach | 33472 | $220,000 | Bank of New York Mellon | | 4.5% | $218,000 | Countrywide | | | $23,000 | N/A | N/A | N/A | Bank of New York Mellon | 2012CA014556 | N/A | $1,900 | $825.00 | $75 | $250 | $143 | $608 |
| 21856 Arriba Real G | Boca Raton | 33433 | $112,000 | Wachovia | | | $137,311 | N/A | N/A | N/A | N/A | South Trust Bank | | $20,000 | Wells Fargo | 2014CA003581 | N/A | $1,400 | $420.00 | $285 | $155 | $105 | $435 |
| 3239 Gardens E. Drive B | Palm Beach Gardens | 33410 | $150,000 | Omar Suarez | | | $123,500 | | | | | | | | | 2014CA002693 | $30,000 | $1,400 | $562.50 | $134 | $135 | $105 | $463 |
| 10348 Fox Trail Rd S. 512 | West Palm Beach | 33411 | $110,000 | Barnov Group (refinanced with PE3) | | | $74,000 | | | | | | | | | | $18,000 | $1,150 | $412.50 | $350 | $77 | $86 | $224 |
| 11134 Misty Ridge Way | Boynton Beach | 33473 | $500,000 | Wachovia | 100013700 06378100 | 7.25% | $628,000 | GreenPoint Mtg. Funding | 100013800 919292000 | | $133,400 | | | | | 2008CA029241 | $13,836 | $2,950 | $1,875.00 | $308 | $776 | $221 | ($230) |
| 5725 Maypop | Greenacres | 33415 | $65,000 | Novastar Mortgage, Inc | 5146653 | | $140,000 | | | | | | | | Bank of New York Mellon | 2012CA018864 | N/A | $1,200 | $243.75 | $0 | $165 | $90 | $701 |
| 3393 10th Avenue N. | Palm Springs | 33461 | $85,000 | Centex Homes | | | | | | | | | | | | 2010CA002669 | | $1,000 | $318.75 | $0 | $211 | $75 | $396 |
| 10821 N. Military Trail 18 | Palm Beach Gardens | 33410 | $78,000 | World Savings | | | $118,300 | World Savings | | | $127,750 | | | | | 2012CA019205 | | $1,100 | $292.50 | $265 | $84 | $83 | $376 |
| 13355 54th Ln. N | Royal Palm Beach | 33411 | $250,000 | World Savings | | | $337,500 | Country wide | | | $6,000 | | | | | 2010CA012379 | | $1,850 | $937.50 | | | $139 | $774 |
| | | | $3,050,000 | | | | | | | | | | | | | | $28,475 | $11,438 | $3,488 | $4,277 | $2,136 | $7,137 |

"1" This is the Debtor's estimated Market Value