UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA – WEST PALM BEACH DIVISION

CASE NO. 15-13093-EPK

CHAPTER 11

IN RE:

ASSETS OVERSEAS, LLC.
      Debtor(s)
_____/

## RESPONSE TO DEBTOR'S MOTION FOR INTERIM AUTHORITY TO USE CASH COLLATERAL
### (5775 Fernley Dr., West #93, West Palm Beach, FL  33401)

**COMES NOW,** NEW YORK COMMUNITY BANK, ("NYCB") by and through undersigned counsel and files this its Response to Debtor's Motion for Interim To Use Cash Collateral (Document No. 9), and states as follows.

1. On February 23, 2015, the Debtor filed its Motion to Use Cash Collateral (Document No. 9).

2. Two inconsistent Hearing Notices were filed with respect to the Motion, one setting a hearing for March 12, 2015 (Docket No. 10) and another setting a hearing for March 2, 2015.

3. NYCB, was a Mortgagee with respect to property now claimed to be owned by the Debtor. [1]

4.     The subject property is located at 5775 Fernley Dr., West #93, West Palm Beach, FL  33401.

---

[1] The mortgage interest of NYCB was reduced to a Judgment of foreclosure entered as a result of a non-jury trial on December 5, 2014

File No.: 15-01066 NYCB
V1.20140627

5. Undersigned counsel was just retained by NYCB and has had insufficient time to prepare for the hearing scheduled for March 2, 2015.

6. The subject property had been titled in the name(s) of Joseph Dominick Monaco and/or Dominick Joseph Monaco.

7. Preliminary review reveals the subject property had been conveyed into Joseph Dominick Monaco and Dominick Joseph Monaco by way of the attached Quit Claim Deed recorded in OR BK 22725 PG 1477 of the Public Records of Palm Beach County, Florida.

8. The property was later purportedly conveyed to the Debtor, Assets Overseas, LLC., by way of another Quit Claim Deed, copy attached, recorded on February 11, 2015 in OR BK 27332 and PG 0838 of the Public Records of Palm Beach County, Florida.

9. The Deed into the Debtor is defective in that, at least as to one of the grantors, the Deed lacks the requisite two subscribing witnesses.[2]

**WHEREFORE**, NYCB, respectfully requests that this Court continue Debtor's Interim Motion for Cash Collateral as to the subject property or alternatively, to require that any and all rents derived from the subject property be sequestered into a restricted account pending a final hearing and/or independent ruling as to the whether the subject property is property of the Debtor's estate or such other relief as the Court deems appropriate.

---

[2] 689.01 How real estate conveyed. – No estate or interest or freehold, or for a term of more than 1 year, or any uncertain interest of, in or out of any messuages, lands, tenements or hereditaments shall be created, made, granted, transferred or released in any other manner than by instrument in writing, signed in the presence of two subscribing witnesses by the party creating, making, granting, conveying, transferring or releasing such estate, interest...

I **HEREBY CERTIFY** that a true and correct copy of the foregoing was served electronically or by U.S. Mail, first-class postage pre-paid to all parties on the attached Mailing List on this 2nd day of March, 2015.

Respectfully Submitted,

**Kahane & Associates, P.A.**
8201 Peters Road, Ste. 3000
Plantation, Florida 33324
Telephone: (954) 382-3486
Telefacsimile: (954) 382-5380

_____
**Gregg Ahrens, Esq.**
FBN: 352837
Phone: (954) 356-1283

## Mailing List

Assets Overseas, LLC
12773 W. Forest Hill Blvd., Suite 107
Wellington, Florida 33414

Jeffrey Harrington, Esq.
Attorney for Debtor
100 S. Olive Ave.
West Palm Beach, Florida 33401

U.S. Trustee
Office of the US Trustee
51 SW 1 Avenue, Suite 1204
Miami, Florida  33130