UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
*WEST PALM BEACH DIVISION*

In re:

**ASSETS OVERSEAS, LLC,**

Debtor.
_____/

Case No. 15-13093-EPK

Chapter 11

**DEBTOR-IN-POSSESSION'S MOTION FOR CONTINUED AUTHORITY
TO USE CASH COLLATERAL PURSUANT TO 11 USC §363**

Debtor-in-Possession, ASSETS OVERSEAS, LLC ("Debtor"), by and through its undersigned proposed counsel, files this Motion for Continued Authority to Use Cash Collateral pursuant to 11 USC §363 and in support thereof states:

**Jurisdiction**

1. This Court has jurisdiction over this motion pursuant 28 USC §157 and §1334. This is a core proceeding pursuant 28 USC §157(b). Venue is proper before this Court pursuant 28 USC §1408 and §1409.

2. Relief is requested pursuant 11 USC §105 and §363 and Rule 4001(d)(1)(D).

**Background**

3. On February 19, 2015, the Debtor filed its voluntary petition for reorganization under Chapter 11 of the United States Bankruptcy Code.

4. *Company Information.* The Debtor is a real estate investment firm organized under the laws of Delaware, with its principal place of business in Palm Beach County, Florida.

5. The Debtor's business activities include purchase of real property in and around Palm Beach County, Florida for the purpose of lease and/or resale.

6. Accordingly, the Debtor is not a small business debtor, as defined in 11 USC

§101(51D), inasmuch as the Debtor is "a person whose primary activity is the business of owning or operating real property or activities incidental thereto."

7. The Debtor is operating its business and managing its assets as a debtor-in-possession pursuant 11 USC §§1107(a). As of the date of this filing, no trustee, examiner, or committee has been appointed in this case.

8. On March 5, 2015 the Court entered its Order Granting Debtor's Motion for Interim Authority to Use Cash Collateral Pursuant to 11 USC §363 (the "Interim Cash Collateral Order"), which authorized the Debtor to use cash collateral for the expenses detailed on **Exhibit "A"** to the Interim Cash Collateral Order.

9. The Court scheduled a further and final hearing on the Debtor's use of cash collateral for March 12, 2015 at 2:00 p.m., and this motion is being filed in connection with that scheduled hearing. Attached hereto as **Exhibit "A"** is a proposed 90-day budget for the Debtor's continued use of cash collateral.

10. For properties that are rented, the Debtor proposes to pay only the monthly HOA assessments and for properties that are not currently rented, the Debtor proposes only to pay small amounts for electric service and water service, and for all properties the Debtor proposes to pay insurance.

11. Presently the Debtor has four (4) of its seventeen (17) properties rented and is seeking to rent the remaining properties. Once a property is rented, the tenant will be responsible for payment of the utilities. Several of the Debtor's properties have applications for rental pending with the various homeowner associations.

## Relief Requested

12. The Debtor seeks a final order authorizing the Debtor to continue to use cash

collateral pursuant 11 USC §363.

13. Certain real property of the estate will also require repairs in order to be rentable and the amounts needed for the required repairs are included in the attached **Exhibit "A"**.

## Basis for Relief Requested

14. The Debtor's cash collateral comes exclusively from rents received from residential tenants.

15. In order for such rents to be collected, the Debtor must pay costs associated with property ownership.

16. Accordingly, costs incurred by the Debtor are properly chargeable against cash collateral as reasonable, necessary costs and expenses of preserving the estate. 11 USC §506(c) and 11 USC §552(c).

17. The Debtor is required to make payment of expenses described above, such as monthly association dues, property taxes, and insurance, as detailed in the budget attached as **Exhibit "A".**

18. *Adequate Protection*. As previously disclosed to the Court and the creditors, the vast majority of the lenders on the Debtor's properties are undersecured and the Debtor is neither the borrower nor the mortgagor on these properties. In this rising real estate market, the lenders are adequately protected by the payments to the HOAs and/or to utility companies, as this provides a measure of protection to the properties that secured the various loans.

19. In addition, as the Debtor is presently receiving rents on only four (4) properties, the Debtor is not proposing to use any cash collateral of the vast majority of the lenders.

20. The United States Supreme Court held in *United Savings Association of Texas v. Timbers of Inwood Forest Associates, Ltd.*, 484 U.S. 365, 366 (1988), that an undersecured creditor

is not entitled to post-petition interest payments on its collateral as adequate protection.

21. Moreover, the rule in Florida, as a "Lien Theory" state, is that rents are considered property of the debtor-mortgagor's estate such that a creditor-mortgagee has no entitlement to same, absent specific circumstances not present in the instant case. *In re Villamont-Oxford Associates Ltd. Partnership,* 230 B.R. 445 (Bankr. M.D. Fla. 1998) ("Generally, a mortgagor is not accountable to the mortgagee for rents."); *Matter of Hamlin's Landing Joint Venture,* 77 B.R. 916 (Bankr. M.D. Fla. 1987) ("mortgagee is not entitled to any of the rents and profits derived from the property unless the mortgagee obtained an order of sequestration or actually took possession of the subject property either by consent or by the appointment of a receiver.");[1] *In re Federal National Mtg. Ass'n v. Dacon Bolingbrook Associates Limited Partnership,* 153 B.R. 204, 214 (N.D. Ill. 1993) ("the required adequate protection of Rents is satisfied to the extent the Debtor reinvests the Rents in the operation and maintenance of the property . . ."); *In re Princeton Square Associates, L.P.,* 201 B.R. 90 (S.D. N.Y. 1996) ("In the context of rents, this court concludes that no monetary protection is required to be provided by the debtor in possession to the secured creditor to the extent that the rents are applied for the maintenance of the property in the manner a receiver would apply the rents").

22. The Debtor intends to use its cash collateral for payment of the necessary and ordinary operational expenses itemized in its proposed budget. *See* **Exhibit "A".**

23. Moreover, the market values of the properties of the estate--as, indeed, the real estate market generally--have been steadily on the rise since the Debtor took title to same such that devaluation of the collateral during the pendency of this case is highly unlikely. *In re Putnal*, 483

---

[1] Judge Weaver has found an additional exception to this rule which, however, does not apply to the instant case. *In re 163rd Street Mini Storage, Inc.*, 113 B.R. 87 (Bankr. S.D. Fla. 1990); *In re River Oaks Inv. Corp.,* 152 B.R. 684 (Bankr. S.D. Fla. 1993).

B.R. 799, 803 (Bankr. M.D. GA 2012) ("The court noted that a creditor is adequately protected as long as the value of its collateral is not declining") (citing *In re Wrecclesham Grange, Inc.*, 221 B.R. 978 (Bankr. M.D. Fla. 1997)).

24. Accordingly, the Debtor's creditors are adequately protected without the need for any post-petition payments from the Debtor at this stage of the proceedings.

25. The Debtor also seeks authority to reserve $2,500 per month for the legal fees incurred by its Chapter 11 counsel, and $2,250 per month for special state court counsel, only to be paid upon application and order of this Court.

26. Allowing the use of cash collateral is in the best interest of all parties to this case and is necessary for the success of this reorganization.

WHEREFORE, the Debtor requests an Order of this court authorizing the continued use of cash collateral, and granting such other relief as this Court deems just and proper.

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished this 10th day of March, 2015, as described in the certificate of service.

> **ORSHAN, P.A.**
> *Proposed Counsel for the Debtor*
> One SE 3rd Ave., Suite 1445
> Miami, Florida 33131
> Telephone: (305) 529-9380
> Facsimile: (305) 402-0777
> paul@orshanpa.com
>
> By:  /s/ Paul L. Orshan
>       Paul L. Orshan, Esq.
>       Florida Bar No. 776203

**Exhibit "A"**

<u>MARCH BUDGET</u>

| ADDRESS | CITY | ZIP | RENT | HOA | TAXES | INS. | FPL | WATER | REPAIRS | NET |
|---|---|---|---|---|---|---|---|---|---|---|
| 5725 Maypop | Greenacres | 33415 | | $0 | | $152 | | | | -$152 |
| 1222 Imperial Lakes Drive | West Palm Beach | 33413 | $1,250 | $170 | | $94 | | | | $986 |
| 6356 Bengal Circle | Boynton Beach | 33437 | $1,800 | $50 | | $221 | | | | $1,529 |
| 2706 Danforth Terrace | Wellington | 33414 | $2,850 | | | $105 | | | | $2,745 |
| 11134 Misty Ridge Way | Boynton Beach | 33473 | $2,850 | $308 | | $135 | | | | $2,407 |
| 13355 54th Ln. N | Royal Palm Beach | 33411 | | | | $146 | $50 | | | -$196 |
| 1035 Fairfax Circle W | Boynton Beach | 33436 | | | | $105 | $50 | $85 | | -$240 |
| 6425 Lansdowne Circle | Boynton Beach | 33472 | | | | $109 | $50 | $145 | | -$304 |
| 12667 70th Place N | Loxahatchee | 33412 | | | | $113 | $50 | | | -$163 |
| 3393 10th Avenue N. | Palm Springs | 33461 | | | | $214 | | | | -$214 |
| 21856 Arriba Real G | Boca Raton | 33433 | | | | $113 | | | | -$113 |
| 3239 Gardens E. Drive B | Palm Beach Gardens | 33410 | | | | $90 | | | | -$90 |
| 2224 White Pine Circle A | Greenacres | 33415 | | | | $90 | | | | -$90 |
| 2311 Center Stone Ln | Riviera | 33404 | | | | $75 | $50 | | $250 | -$375 |
| 5775 Fernley Dr. W 93 | West Palm Beach | 33415 | | | | $64 | $50 | | | -$114 |
| 10821 N. Military Trail 18 | Palm Beach Gardens | 33410 | | | | $139 | $50 | | | -$189 |
| 6094 Forest Hill Blvd 101 | Forest Hill | 33415 | | | | $141 | | | | -$141 |
| | | | $8,750 | $528 | $0 | $2,104 | $350 | $230 | $250 | $5,288 |

| | CREDIT | DEBITS | BALANCE |
|---|---|---|---|
| Rental Income | $8,750 | $   - | $ 8,750 |
| Trustee | | $325 | $ 8,425 |
| Office Lease | | $1,655 | $ 6,770 |
| HOA's | | $528 | $ 6,242 |
| Insurance | | $2,104 | $ 4,138 |
| Taxes | | $0 | $ 4,138 |
| FPL | | $350 | $ 3,788 |
| Water | | $230 | $ 3,558 |
| Repairs | | $250 | $ 3,308 |

| RESERVE | |
|---|---|
| Chapter 11 Counsel | $2,500 |
| Special State Court Counsel | $2,250 |

## APRIL BUDGET

| ADDRESS | CITY | ZIP | RENT | HOA | TAXES | INS. | FPL | WATER | REPAIRS | NET |
|---|---|---|---|---|---|---|---|---|---|---|
| 1035 Fairfax Circle W | Boynton Beach | 33436 | $2,025 | $130 | | $152 | | | | $1,743 |
| 10821 N. Military Trail 18 | Palm Beach Gardens | 33410 | | | | $94 | $50 | $50 | $1,950 | -$2,144 |
| 11134 Misty Ridge Way | Boynton Beach | 33473 | $2,850 | $308 | | $221 | | | | $2,321 |
| 1222 Imperial Lakes Drive | West Palm Beach | 33413 | $1,250 | $170 | | $105 | | | | $975 |
| 12667 70th Place N | Loxahatchee | 33412 | | | | $135 | $50 | $50 | $1,850 | -$2,085 |
| 13355 54th Ln. N | Royal Palm Beach | 33411 | | | | $146 | $50 | $50 | | -$246 |
| 21856 Arriba Real G | Boca Raton | 33433 | $1,250 | | | $105 | | | | $1,145 |
| 2224 White Pine Circle A | Greenacres | 33415 | $1,450 | $300 | | $109 | | | | $1,041 |
| 2311 Center Stone Ln | Riviera | 33404 | $1,500 | | | $113 | | | | $1,388 |
| 2706 Danforth Terrace | Wellington | 33414 | $2,850 | | | $214 | | | | $2,636 |
| 3239 Gardens E. Drive B | Palm Beach Gardens | 33410 | $1,500 | $134 | | $113 | | | | $1,254 |
| 3393 10th Avenue N. | Palm Springs | 33461 | $1,000 | | | $90 | | | | $910 |
| 5725 Maypop | Greenacres | 33415 | $1,200 | $0 | | $90 | | | | $1,110 |
| 5775 Fernley Dr. W 93 | West Palm Beach | 33415 | $1,000 | | | $75 | | | | $925 |
| 6094 Forest Hill Blvd 101 | Forest Hill | 33415 | $850 | $274 | | $64 | | | | $512 |
| 6356 Bengal Circle | Boynton Beach | 33437 | $1,800 | $50 | | $139 | | | | $1,611 |
| 6425 Lansdowne Circle | Boynton Beach | 33472 | $1,850 | $75 | | $141 | | | | $1,634 |
| | | | $22,375 | $1,441 | $0 | $2,104 | $150 | $150 | $3,800 | $14,730 |

| | CREDIT | DEBITS | BALANCE |
|---|---|---|---|
| Rental Income | $22,375 | $ - | $ 22,375 |
| Trustee | | $325 | $ 22,050 |
| Office Lease | | $1,655 | $ 20,395 |
| HOA's | | $1,441 | $ 18,954 |
| Insurance | | $2,104 | $ 16,850 |
| Taxes | | $0 | $ 16,850 |
| FPL | | $150 | $ 16,700 |
| Water | | $150 | $ 16,550 |
| Repairs | | $3,800 | $ 12,750 |

| RESERVE | |
|---|---|
| Chapter 11 Counsel | $2,500 |
| Special State Court Counsel | $2,250 |

## MAY BUDGET

| ADDRESS | CITY | ZIP | RENT | HOA | TAXES | INS. | FPL | WATER | REPAIRS | NET |
|---|---|---|---|---|---|---|---|---|---|---|
| 1035 Fairfax Circle W | Boynton Beach | 33436 | $2,025 | $130 | | $152 | | | | $1,743 |
| 10821 N. Military Trail 18 | Palm Beach Gardens | 33410 | $1,250 | $265 | | $94 | | | | $891 |
| 11134 Misty Ridge Way | Boynton Beach | 33473 | $2,850 | $308 | | $221 | | | | $2,321 |
| 1222 Imperial Lakes Drive | West Palm Beach | 33413 | $1,250 | $170 | | $105 | | | | $975 |
| 12667 70th Place N | Loxahatchee | 33412 | | | | $135 | | | $1,850 | -$1,985 |
| 13355 54th Ln. N | Royal Palm Beach | 33411 | | | | $146 | $50 | $50 | $2,450 | -$2,696 |
| 21856 Arriba Real G | Boca Raton | 33433 | $1,250 | $285 | | $105 | | | | $860 |
| 2224 White Pine Circle A | Greenacres | 33415 | $1,450 | $300 | | $109 | | | | $1,041 |
| 2311 Center Stone Ln | Riviera | 33404 | $1,500 | $271 | | $113 | | | | $1,116 |
| 2706 Danforth Terrace | Wellington | 33414 | $2,850 | $650 | | $214 | | | | $1,986 |
| 3239 Gardens E. Drive B | Palm Beach Gardens | 33410 | $1,500 | $134 | | $113 | | | | $1,253 |
| 3393 10th Avenue N. | Palm Springs | 33461 | $1,000 | $0 | | $90 | | | | $910 |
| 5725 Maypop | Greenacres | 33415 | $1,200 | $0 | | $90 | | | | $1,110 |
| 5775 Fernley Dr. W 93 | West Palm Beach | 33415 | $1,000 | $200 | | $75 | | | | $725 |
| 6094 Forest Hill Blvd 101 | Forest Hill | 33415 | $850 | $274 | | $64 | | | | $512 |
| 6356 Bengal Circle | Boynton Beach | 33437 | $1,800 | $50 | | $139 | | | | $1,611 |
| 6425 Lansdowne Circle | Boynton Beach | 33472 | $1,850 | $75 | | $141 | | | | $1,634 |
| | | | $23,625 | $3,112 | $0 | $2,104 | $50 | $50 | $4,300 | $14,007 |

| | CREDIT | DEBITS | BALANCE |
|---|---|---|---|
| Rental Income | $23,625 | $ - | $ 23,625 |
| Trustee | | $325 | $ 23,300 |
| Office Lease | | $1,655 | $ 21,645 |
| HOA's | | $3,112 | $ 18,533 |
| Insurance | | $2,104 | $ 16,429 |
| Taxes | | $0 | $ 16,429 |
| FPL | | $50 | $ 16,379 |
| Water | | $50 | $ 16,329 |
| Repairs | | $4,300 | $ 12,029 |

| RESERVE | |
|---|---|
| Chapter 11 Counsel | $2,500 |
| Special State Court Counsel | $2,250 |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
*WEST PALM BEACH DIVISION*

In re:

**ASSETS OVERSEAS, LLC**,                    Chapter 11

    Debtor.                                        Case No.: 15-13093-EPK
_____/

(Proposed)
**ORDER GRANTING DEBTOR-IN-POSSESSION'S MOTION FOR CONTINUED AUTHORITY TO USE CASH COLLATERAL PURSUANT TO 11 USC § 363**

**THIS MATTER** came before the Court upon Assets Overseas, LLC's (the "Debtor") *Motion for Continued Authority to Use Cash Collateral Pursuant to 11 USC §363* (the "Motion") and the Court, having reviewed the motion, heard the argument of counsel, and being fully advised in the premises, it is

**ORDERED AND ADJUDGED** that:

1. The Motion is **GRANTED**.

2. The Debtor is authorized to continue to use cash collateral pursuant to 11 USC §363.

3. The Debtor is authorized to reserve $2,500 per month for the legal fees incurred by its Chapter 11 counsel, and $2,250 per month for special state court counsel, to be paid upon application and order of this Court.

###

Submitted by:

Paul L. Orshan, Esq.
*Proposed Counsel for the Debtor*
One Southeast 3rd Ave., Suite 1445
Miami, FL 33131
Telephone: (305) 529-9380
Facsimile: (305) 402-0777
paul@orshanpa.com

Copy to: Paul L. Orshan, Esq.
[Attorney Orshan is directed to serve a copy of this Order upon all interested parties.]